**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF KANSAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Continental American Corporation** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Pioneer Balloon Company** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __4__ __8__ – __0__ __8__ __6__ __2__ __7__ __9__ __8__ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5000 E 29th Street N**<br>Number     Street | Number     Street |
| | P.O. Box |
| **Wichita**        **KS**    **67220**<br>City              State    ZIP Code | City              State    ZIP Code |
| **SEDGWICK**<br>County | **Location of principal assets, if different from principal place of business** |
| | **Multiple locations**<br>Number     Street |
| | City              State    ZIP Code |

5. **Debtor's website (URL)**     **https://www.pioneerworldwide.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

**7.   Describe debtor's business**

*A.  Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B.  Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.   *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Continental American Corporation**    Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Pioneer National Latex, Inc.**    Relationship **Subsidiary**

District **Kansas**    When **09/22/2023**
                              MM / DD / YYYY

Case number, if known **TBD**

Debtor _____    Relationship _____

District _____    When _____
                                     MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Continental American Corporation**  Case number (if known) _____

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                              Number      Street

                              _____

                              _____
                              City                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____

          Contact name      _____

          Phone             _____

---

**Statistical and adminstrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15.  Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Continental American Corporation**                    Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/22/2023**
            MM / DD / YYYY

X  **/s/ Daniel A. Flynn**
   Signature of authorized representative of debtor

   **Daniel A. Flynn**
   Printed name

   **Chief Executive Officer**
   Title

18. **Signature of attorney**

X  **/s/ David Prelle Eron**                              Date  **09/22/2023**
   Signature of attorney for debtor                          MM / DD / YYYY

   **David Prelle Eron**
   Printed name

   **Prelle Eron & Bailey, P.A.**
   Firm name

   **301 N. Main St., Suite 2000**
   Number      Street

   **Wichita**            **KS**     **67202**
   City             State    ZIP Code

   **(316) 262-5500**         **david@eronlaw.net**
   Contact phone         Email address

   **23429**         **KS**
   Bar number       State

Fill in this information to identify the case:

Debtor name **Continental American Corporation**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

Creditor's name
**CIBC Bank USA**

Creditor's mailing address
**1200 Main St**

**Kansas City           MO    64105**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number _____ _____ _____ _____

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**Business**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| $3,760,625.00 | $66,482,418.00 |
|---|---|

1) CIBC Bank USA; 2) IBM Credit LLC; 3) Northstar Balloons; 4) Varilease Finance Inc EFT; 5) Veeam Payment Solutions; 6) White Oak Commercial Finance LLC.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

   $14,451,309.86

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**    Creditor's name<br>
**IBM Credit LLC**

Describe debtor's property that is subject to a lien      **$25,784.00**      **$66,482,418.00**

**Business**

Creditor's mailing address<br>
**One North Castle Drive**

Describe the lien<br>
**Agreement**

Is the creditor an insider or related party?

**Armonk**      **NY**    **10504**

☑ No<br>
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No<br>
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:<br>
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed

☐ No<br>
☑ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes. The relative priority of creditors is specified on lines **2.1**

---

**2.3**    Creditor's name<br>
**Northstar Balloons**

Describe debtor's property that is subject to a lien      **$55,133.86**      **$10,000.00**

**Business**

Creditor's mailing address<br>
**17100 Medina Rd Ste 800**

Describe the lien<br>
**Agreement**

Is the creditor an insider or related party?

**Minneapolis**      **MN**    **55447**

☑ No<br>
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred _____

☑ No<br>
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:<br>
Check all that apply.

Do multiple creditors have an interest in the same property?

☐ Contingent<br>
☐ Unliquidated<br>
☑ Disputed

☑ No<br>
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

Case 23-10938    Doc# 1    Filed 09/22/23    Page 7 of 122

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**Part 1:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.4**  Creditor's name
**Varilease Finance Inc EFT**

Creditor's mailing address
**2800 E Cottonwood Pkwy 2nd Fl**

_____

**Salt Lake City       UT   84121**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.1**

Describe debtor's property that is
subject to a lien

**Business**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**$2,914,767.00**     **$66,482,418.00**

**2.5**  Creditor's name
**Veeam Payment Solutions**

Creditor's mailing address
**2330 I-30**

_____

**Mesquite          TX   75150**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
  specified on lines  **2.1**

Describe debtor's property that is
subject to a lien

**Business**

Describe the lien

**Agreement**

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Unknown**     **$66,482,418.00**

| Debtor | Continental American Corporation | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6**

**Creditor's name**
White Oak Commercial Finance LLC

**Creditor's mailing address**
1155 Avenue of the Americas

New York            NY    10036

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Business

**Describe the lien**
Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Amount of claim:** $7,695,000.00    **Value of collateral:** $66,482,418.00

Case 23-10938    Doc# 1    Filed 09/22/23    Page 9 of 122

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CIBC Bank USA** | Line  **2.1** | ___ ___ ___ ___ |
| **C/O CT Corporation** | | |
| **4400 Easton Commons Way Ste 125** | | |
| **Columbus**          **OH**    **43219** | | |
| **Corporation Service Company** | Line  **2.4** | ___ ___ ___ ___ |
| **PO Box 2576** | | |
| **Springfield**          **IL**    **62708** | | |
| **CT Corporation** | Line  **2.1** | ___ ___ ___ ___ |
| **4400 Easton Commons Way Ste 125** | | |
| **Columbus**          **OH**    **43219** | | |
| **CT Corporation System** | Line  **2.1** | ___ ___ ___ ___ |
| **330 N Brand Blvd Ste 700** | | |
| **Glendale**          **CA**    **91203** | | |
| **Dentons US LLP** | Line  **2.1** | ___ ___ ___ ___ |
| **4520 Main St Ste 1100** | | |
| **Kansas City**          **MO**    **64111** | | |
| **IBM Corporation KS** | Line  **2.2** | ___ ___ ___ ___ |
| **PO Box 679358** | | |
| **Dallas**          **TX**    **75267-9358** | | |

Case 23-10938    Doc# 1    Filed 09/22/23    Page 10 of 122

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1 -- Continuation Page** |
|---|---|

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **Northstar Balloons** | | | Line __2.3__ | ___ ___ ___ ___ |
| **17100 Medina Road Suite 800** | | | | |
| | | | | |
| **Plymouth** | **MN** | **55317** | | |
| **VFI ABS 2022-1 LLC** | | | Line __2.4__ | ___ ___ ___ ___ |
| **2800 East Cottonwood Parkway 2nd Fl** | | | | |
| | | | | |
| **Salt Lake City** | **UT** | **84121** | | |
| **VFI KR SPE I LLC** | | | Line __2.4__ | ___ ___ ___ ___ |
| **2800 East Cottonwood Parkway 2nd Fl** | | | | |
| | | | | |
| **Salt Lake City** | **UT** | **84121** | | |

Case 23-10938   Doc# 1   Filed 09/22/23   Page 11 of 122

Fill in this information to identify the case:

Debtor **Continental American Corporation**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Alexis J Evans**

**1747 N Holland Ln**

_____

**Wichita**      **KS**    **67212**

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**100% Furloughed - 76 hours of vacation available**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,235.00**    Priority amount: **$1,235.00**

---

**2.2** Priority creditor's name and mailing address

**Anna K Flynn**

**1710 N Duckcross Cv**

_____

**Wichita**      **KS**    **67206**

Date or dates debt was incurred

_____

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$19,166.82**    Priority amount: **$13,650.00**

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.3**  Priority creditor's name and mailing address

**Anthony Marrone**

**336 Wings Circle**

**Sunrise Beach          MO     65079**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$195,833.02**     Priority amount **$13,650.00**

---

**2.4**  Priority creditor's name and mailing address

**Arran Leach**

**8510 E 29th St N**

**Wichita          KS     67226-2216**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Travel Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$540.00**     Priority amount **$540.00**

---

**2.5**  Priority creditor's name and mailing address

**Bruce Fraser**

**79-71 Macpherson Street Unit 260**

**Boston          MA     02108**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$50,000.00**     Priority amount **$13,650.00**

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     page 2

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- | --- |

**2.6** | Priority creditor's name and mailing address

**Crystal L Stilwell**

**4431 Salem St**

**Wichita**          **KS**     **67220-2310**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**100% Furloughed**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,290.96    **Priority amount** $1,290.96

---

**2.7** | Priority creditor's name and mailing address

**Dale Marsh**

**12329 Marsh Pointe Road**

**Sarasota**          **FL**     **34238**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,000,000.00    **Priority amount** $13,650.00

---

**2.8** | Priority creditor's name and mailing address

**Daniel A Flynn**

**1710 N Duckcross Cv**

**Wichita**          **KS**     **67206**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __4__ )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $1,000,000.00    **Priority amount** $13,650.00

Debtor  **Continental American Corporation**                Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.9**  Priority creditor's name and mailing address                                                   **$3,009.77**    **$3,009.77**

**Debra J Davis**

**8865 E Baseline Rd Apt 1335**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mesa**       **AZ**    **85209**

Basis for the claim:
**Wages**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

**Termed - vacation pay out through 10/20/2023**


**2.10**  Priority creditor's name and mailing address                                                  **$416.67**    **$416.67**

**Delfina R Adair**

**119 High St**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**El Dorado**     **KS**    **67042-1633**

Basis for the claim:
**Wages**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

**Termed Employment 11/11/22**


**2.11**  Priority creditor's name and mailing address                                                  **$9,686.00**    **$9,686.00**

**Empower**

**PO Box  755**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Boston**     **MA**    **02117-0755**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

**Company Match**

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 4

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12** Priority creditor's name and mailing address

**Empower**

**PO Box 755**

_____

**Boston          MA     02117-0755**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**Employee Deductions**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$29,326.00**    Priority amount: **$29,326.00**

---

**2.13** Priority creditor's name and mailing address

**Empower**

**PO Box  755**

_____

**Boston          MA     02117-0755**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**Loans**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,627.68**    Priority amount: **$1,627.68**

---

**2.14** Priority creditor's name and mailing address

**H Wayne Roberts**

**43 Balmoral Trail**

_____

**Bozeman          MT     59718**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$41,666.70**    Priority amount: **$13,650.00**

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 1: | Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.15** Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia** **PA** **19101-7346**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**  Priority amount: **$0.00**

---

**2.16** Priority creditor's name and mailing address

**Jagbir S Dhillon**

**5267 N Rock Spring St**

**Wichita** **KS** **67226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**220 Hours of vacation**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$8,525.00**  Priority amount: **$8,525.00**

---

**2.17** Priority creditor's name and mailing address

**Joel Scott**

**7601 Erie Ave**

**Chanhassen** **MN** **55317**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$1,000,000.00**  Priority amount: **$13,650.00**

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 6

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                              **Total claim**      **Priority amount**

**2.18**   Priority creditor's name and mailing address

**Kansas Department of Revenue**

**Civil Tax Enforcement**

**PO Box 12005**

**Topeka**            **KS**     **66601-3058**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $0.00      **Priority amount:** $0.00

---

**2.19**   Priority creditor's name and mailing address

**Kyle Bayliff**

**14100 E Sport of Kings Street**

**Wichita**           **KS**     **67230**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Travel Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $973.44      **Priority amount:** $973.44

---

**2.20**   Priority creditor's name and mailing address

**Mary Hinsperger**

**5 Emerald Dr**

**Eustis**           **FL**     **32726**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim:** $2,500.02      **Priority amount:** $2,500.02

Debtor    **Continental American Corporation**          Case number (if known) _____

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

| **2.21** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,333.68** | **$13,650.00** |

**Nancy Hadaway**

**2002 Cedar Ridge Pl**

☐ Contingent
☐ Unliquidated
☐ Disputed

**The Villages            FL      32162-7716**

Basis for the claim:
**Wages**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

---

| **2.22** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$446.00** | **$446.00** |

**Nolan Collins**

**6406 E 11th Street N**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wichita            KS      67206**

Basis for the claim:
**Employee Travel Expenses**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

| **2.23** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,166.70** | **$4,166.70** |

**Norma Roberts**

**43 Balmoral Trail**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Bozeman            MT      59718**

Basis for the claim:
**Wages**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 8

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.24**  Priority creditor's name and mailing address

**Randy Smith**

**1306 SW Logos Dr**

_____

**Lees Summit           MO      64081-2304**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__4__)

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$500,000.00**    Priority amount: **$13,650.00**

---

**2.25**  Priority creditor's name and mailing address

**Renne Fink**

**4106 Gloria Lane**

_____

**Bethlehem           PA      18017**

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__4__)

**Deferred Comp - Jim Fink (Deceased)**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$491,666.66**    Priority amount: **$13,650.00**

---

**2.26**  Priority creditor's name and mailing address

**Soo Chin Goo**

**70 BK 5/12 Bandar Kinrara**

**Puchong**

**Selangor 47180**

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(__4__)

**Contract Employee**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$7,817.31**    Priority amount: **$7,817.31**

| **Part 1:** | **Additional Page** |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total claim** | **Priority amount** |

---

| **2.27** | Priority creditor's name and mailing address |
|---|---|

**Stanley D Weir**

**14514 W Sheriac Cir**

_____

__Wichita__         __KS__     __67235__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**100% Furloughed**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$7,492.19**  Priority amount: **$7,492.19**

---

| **2.28** | Priority creditor's name and mailing address |
|---|---|

**Susan Bastin Facklam**

**950 Fontana Lane**

_____

__Linn Creek__        __MO__     __65052__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$50,000.00**  Priority amount: **$13,650.00**

---

| **2.29** | Priority creditor's name and mailing address |
|---|---|

**Susan D Dhillon**

**5267 N Rock Spring St**

_____

__Wichita__         __KS__     __67226__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**Last day 09/22/23-176 hours vacation**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Wages**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$7,381.00**  Priority amount: **$7,381.00**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 10

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.30** Priority creditor's name and mailing address

Ted J Vlamis

6 N Brookfield Rd

_____

| Wichita | KS | 67206-2005 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Employee Travel Expenses

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee Travel Expenses

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$16,946.10**  Priority amount: **$13,650.00**

---

**2.31** Priority creditor's name and mailing address

Ted J Vlamis

6 N Brookfield Rd

_____

| Wichita | KS | 67206-2005 |

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Deferred Comp

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$500,000.00**  Priority amount: **$13,650.00**

---

**2.32** Priority creditor's name and mailing address

Thampi P M

2 B Marthas Place 5th Cross

5B Lavelle Road

Bangalore 560 001

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

Contract Employee

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$7,500.00**  Priority amount: **$0.00**

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.33** Priority creditor's name and mailing address

**Theodore William Vlamis**

**5230 E 29th St N**

**Wichita**      **KS**     **67220**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Travel Expenses**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$119.88**    Priority amount: **$119.88**

---

**2.34** Priority creditor's name and mailing address

**Tim A Vlamis**

**8315 NW Hillside Drive**

**Kansas City**      **MO**     **64152**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

**Deferred Comp**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$250,000.00**    Priority amount: **$13,650.00**

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 12

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $837.20 |

**1000Bulbscom**

**2140 Merritt Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Garland** TX 75041  **Business Goods or Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,358.55 |

**ACC Business**

**PO Box 5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Carol Stream** IL 60197-5077  **Business Goods or Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,629.82 |

**Acme Dock Specialist Inc**

**PO Box 414230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Kansas City** MO 64141-4230  **Business Goods or Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,895.00 |

**Acquia Inc**

**PO Box 674660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas** TX 75267-4660  **Business Goods or Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**ADT dba Protection One**

**PO Box 219044**

**Kansas City            MO      64121-9044**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,133.83**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Advanced Sustainable Polymers Pte Ltd**

**3 Shenton Way**

**#15-01 Shenton House**

**Singapore 068805**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$82,162.00**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Airco Gases Southwest LLC**

**dba Big 3 Gas and Supply**

**Allied Welding Welders Warehouse Corp**

**3880 Irving Blvd**

**Dallas            TX      75247**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$593.43**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**Alecom Metal Works Inc**

**3301 House Anderson Rd**

**Euless            TX      76040**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,857.09**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.9** | Nonpriority creditor's name and mailing address | **$83,491.00** |

__American Color Technology LLC__

__908 NW Vesper St__

_____

| | | |
|---|---|---|
| __Blue Springs__ | __MO__  __64015__ | |

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | Nonpriority creditor's name and mailing address | **$250,000.00** |

__American Express__

__PO Box 650448__

_____

| | | |
|---|---|---|
| __Dallas__ | __TX__  __75265-0448__ | |

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
__Credit Card__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | Nonpriority creditor's name and mailing address | **$0.00** |

__Ametek__

__Box #2751__

__PO Box 8500__

| | | |
|---|---|---|
| __Philadelphia__ | __PA__  __19178__ | |

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Notice Only__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| | | |
|---|---|---|
| **3.12** | Nonpriority creditor's name and mailing address | **$12,743.80** |

__Anagram International Inc__

__7700 Anagram Dr__

_____

| | | |
|---|---|---|
| __Eden Prairie__ | __MN__  __55344__ | |

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 15

| Debtor | Continental American Corporation | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.13 Nonpriority creditor's name and mailing address

**Angsana Investments**

**17A Trevose Crescent**

**Singapore 298094**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
**Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$400,000.00**

### 3.14 Nonpriority creditor's name and mailing address

**Aramark Uniform**

**26792 Network Pl**

| Chicago | IL | 60673-1792 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,313.93**

### 3.15 Nonpriority creditor's name and mailing address

**Armstrong**

**PO Box 37749**

| Philadelphia | PA | 19101-5049 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$970.00**

### 3.16 Nonpriority creditor's name and mailing address

**ASI-Advertising Specialty**

**PO Box 15017**

| Wilmington | DE | 19886-5017 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$64,135.87**

| Debtor | Continental American Corporation | Case number (if known) _____ |
| --- | --- | --- |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,025.00** |
| --- | --- | --- | --- |

Assured Occupational Solutions

PO Box 783

☐ Contingent
☐ Unliquidated
☐ Disputed

El Dorado     KS   67042

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,821.00** |
| --- | --- | --- | --- |

AT & T

PO Box 5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream     IL   60197-5019

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,935.00** |
| --- | --- | --- | --- |

AT&T Mobility

PO Box 6416

☐ Contingent
☐ Unliquidated
☐ Disputed

Carol Stream     IL   60197-6416

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,621.10** |
| --- | --- | --- | --- |

Atmos Energy

PO Box 630872

☐ Contingent
☐ Unliquidated
☐ Disputed

Cincinnati     OH   45263

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 17

| Debtor | __Continental American Corporation__ | Case number (if known) _____ |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,682.00 |
|---|---|---|---|

__Avient Corp__

__Box 223554__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Pittsburgh__  PA  __15251-3554__

Basis for the claim:
__Business Goods or Services__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,970.00 |
|---|---|---|---|

__Bearco Inc__

__PO Box 560731__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Dallas__  TX  __75356__

Basis for the claim:
__Business Goods or Services__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156,021.56 |
|---|---|---|---|

__Bennett Packaging PBC__

__PO Box 411145__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Kansas City__  MO  __64141-1145__

Basis for the claim:
__Business Goods or Services__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,116.88 |
|---|---|---|---|

__Berry Plastics__

__PO Box 633485__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Cincinnati__  OH  __45263-3485__

Basis for the claim:
__Business Goods or Services__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 18

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

Bestway International Inc

10502 NW Ambassador Dr Ste 120

Kansas City          MO    64153

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$21,700.00

**3.26** Nonpriority creditor's name and mailing address

Bilwinco

555 Main St

Racine          WI    53403

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$4,373.53

**3.27** Nonpriority creditor's name and mailing address

Blue Cross and Blue Shield

1133 SW Topeka Blvd

Topeka          KS    66629-0001

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$36,809.24

**3.28** Nonpriority creditor's name and mailing address

Boesen Plumb Elevator Solutions BPES

dba Schindler Elevator Corp

PO Box 93050

Chicago          IL    60673-3050

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$2,386.44

| Debtor | **Continental American Corporation** | Case number (if known) | _____ |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$10,778.30** |
|---|---|---|---|

**Brecoflex Co LLC**

**222 Industrial Way W**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Eatontown | NJ | 07724 |
|---|---|---|

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|

**Brenntag Mid-South Inc**

**3796 Reliable Pkwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Chicago | IL | 60686 |
|---|---|---|

Basis for the claim:
**Notice Only**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$3,985.00** |
|---|---|---|---|

**Brenntag Southwest Inc**

**1520 N Barwise**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Wichita | KS | 67214 |
|---|---|---|

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$12,500.00** |
|---|---|---|---|

**Brown & Brown**

**BMO-88**

**PO Box 1414**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Minneapolis | MN | 55480-1414 |
|---|---|---|

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**BSI Group America Inc**

**Dept CH 19307**

**Palatine**      IL    **60055-9307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,600.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**Butler County Treasurer**

**205 W Central Ave Ste 207**

**El Dorado**      KS    **67042-2106**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$90,673.70**

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**C and V Manufacturing**

**2349 Ft Worth St Ste C**

**Grand Prairie**      TX    **75050**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$3,855.00**

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Calvary Industries Inc**

**PO Box 713868**

**Cincinnati**      OH    **45271-3868**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,666.00**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

__CamSoft Corp__

__21445 Bundy Canyon Rd__

__Wildomar__                    CA      92595

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$199.00

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

__Capitol Area Energy__

__14141 W Hwy 290 Bldg 600__

__Austin__                     TX      78737-9340

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$28,000.00

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

__Carte Blanche (Bulldog)__

__PO Box 500__

__Chichester PO20 2XZ__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,500.00

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

__CDW Direct LLC__

__PO Box 75723__

__Chicago__                     IL      60675-5723

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$44,195.00

| Debtor | **Continental American Corporation** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41** Nonpriority creditor's name and mailing address

**Central Power Systems & Services Inc**

**PO Box 877625**

**Kansas City**      **MO**     **64187-7625**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,391.10

**3.42** Nonpriority creditor's name and mailing address

**Certified Laboratories**

**PO Box 971269**

**Dallas**      **TX**     **75397-1269**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$97.00

**3.43** Nonpriority creditor's name and mailing address

**CIBC Bank USA**

**1200 Main St**

**Kansas City**      **MO**     **64105**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Unforgiven PPP Loan**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$112,221.00

**3.44** Nonpriority creditor's name and mailing address

**Cintas First Aid & Safety**

**PO Box 631025**

**Cincinnati**      **OH**     **45263-1025**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$3,365.00

| Debtor | Continental American Corporation | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

Cirus Water Roaster Joes

8225 W Irving

Wichita      KS    67209

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$807.53

---

**3.46** Nonpriority creditor's name and mailing address

Citi Cards

PO Box 78045

Phoenix      AZ    85062-8045

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$29,817.15

---

**3.47** Nonpriority creditor's name and mailing address

City of Dallas Water

City Hall 2D South

Dallas      TX    75277

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$39,302.54

---

**3.48** Nonpriority creditor's name and mailing address

City of El Dorado

220 E 1st Ave

El Dorado      KS    67042

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**   Nonpriority creditor's name and mailing address

__CK Power__

__1100 Research Blvd__

_____

__Saint Louis__     __MO__   __63132__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$2,803.13

---

**3.50**   Nonpriority creditor's name and mailing address

__Claris International Inc__

__5201 Patrick Henry Dr__

_____

__Santa Clara__     __CA__   __95054__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$1,842.60

---

**3.51**   Nonpriority creditor's name and mailing address

__Cleaver Brooks Sales__

__1956 Singleton Blvd__

_____

__Dallas__     __TX__   __75212__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$4,058.50

---

**3.52**   Nonpriority creditor's name and mailing address

__Clik Clik Systems Inc__

__218 Hachborn Rd__

__Brantford ON N35 7W5__

_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$2,349.80

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Cloud Inventory__

__11101 Switzer Rd Ste 300__

__Overland Park__                KS        66210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,915.68

| 3.54 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Cole Parmer Instrument PBC__

__625 E Bunker Ct__

__Vernon Hills__                IL        60061

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,205.53

| 3.55 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Complete Supply Inc__

__13821 Diplomat Dr__

__Dallas__                TX        75234

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,416.08

| 3.56 | Nonpriority creditor's name and mailing address |
| --- | --- |

__Concord Financial Advisors__

__C/O Tom Jones__

__2543 Laurel Ln__

__Wilmette__                IL        60091

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,725.00

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 26

| Debtor | Continental American Corporation | Case number (if known) | |
|--------|----------------------------------|------------------------|--|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address

Concord Financial Advisors

C/O Tom Jones

2543 Laurel Ln

Wilmette                    IL        60091

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
☑ No
☐ Yes

$467,000.00

---

**3.58** Nonpriority creditor's name and mailing address

Concordia Int'l Forwarding Corp

1155 W Devon Ste 600

Itasca                      IL        60143

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,416.72

---

**3.59** Nonpriority creditor's name and mailing address

Constellation DAL

1221 Lamar Suite 750

Houston                     TX        77010

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$121,193.69

---

**3.60** Nonpriority creditor's name and mailing address

Constellation New Energy

PO Box 5473

Carol Stream                IL        60197

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$188,601.09

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 27

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.61** Nonpriority creditor's name and mailing address | **$6,417.68** |

Conversource

1510 Page Industrial Blvd

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Saint Louis  MO  63132

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| | |
|---|---|
| **3.62** Nonpriority creditor's name and mailing address | **$18,068.00** |

Conwin Carbonic Co

730 Salem St

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Glendale  CA  91203

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| | |
|---|---|
| **3.63** Nonpriority creditor's name and mailing address | **$152,527.52** |

Corrie MacColl N America Inc

150 Boush Street 8th Floor

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Norfolk  VA  23510

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| | |
|---|---|
| **3.64** Nonpriority creditor's name and mailing address | **$1,900.00** |

Cowtown Express Logistics LLC

PO Box 1077

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Tyler  TX  75710

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.65 | Nonpriority creditor's name and mailing address | | $0.00 |
|---|---|---|---|

**Cox Communications Kansas LLC**

**PO Box 650957**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas** **TX** **75265**

Basis for the claim:
**Notice Only**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.66 | Nonpriority creditor's name and mailing address | | $32.16 |
|---|---|---|---|

**Creative Balloon Wire**

**Sino Centre**

**582-592 Nathan Rd - Rm 804**

**Kowloon**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.67 | Nonpriority creditor's name and mailing address | | $260.00 |
|---|---|---|---|

**Creditsafe USA Inc**

**PO Box 789985**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia** **PA** **19178-9985**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.68 | Nonpriority creditor's name and mailing address | | $1,853.20 |
|---|---|---|---|

**Crusader Chemical Co**

**2227 Hollins Ferry Rd**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Baltimore** **MD** **21230**

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$26,823.73

CSI Leasing Inc

9990 Old Olive Street Rd

☐ Contingent
☐ Unliquidated
☐ Disputed

Saint Louis          MO      63141

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$4,240.00

Dallas Steel Drums Inc

2214 Singleton Blvd

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas          TX      75212

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.71 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$54,817.96

de Elliotte Co Inc

201 Prairie Village Drive

PO Box 10

☐ Contingent
☐ Unliquidated
☐ Disputed

New Century          KS      66031-0010

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __


| 3.72 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$5,166.00

Dean E Norris Inc

PO Box 47719

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita          KS      67201

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**DFW Landscaping Services**

**2601 Iroquois St**

_____

**Dallas**                          **TX**      **75212**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,000.00**

---

| 3.74 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Dischem  International Inc**

**4552 Strausser St  NW**

_____

**North Canton**                    **OH**      **44720**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$21,758.30**

---

| 3.75 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Disney Consumer Products**

**Bank of America Lockbox Services**

**PO Box 50735**

_____

**Los Angeles**                     **CA**      **90012**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$173,699.26**

---

| 3.76 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**Disney Consumer Products-Canada Contract**

**500 S Buena Vista St**

_____

**Burbank**                         **CA**      **91521**

Date or dates debt was incurred       _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,450.00**

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,940.00 |
|---|---|---|---|

Check all that apply.

**Distributor Central LLC**

**1200 Energy Center Dr**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Gardner | KS | 66030 |
|---|---|---|

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,919.00 |
|---|---|---|---|

Check all that apply.

**Do It**

**PO Box 592**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| South Haven | MI | 49090 |
|---|---|---|

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,417.17 |
|---|---|---|---|

Check all that apply.

**Donlevy Litho**

**PO Box 1298**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Wichita | KS | 67201 |
|---|---|---|

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,671.39 |
|---|---|---|---|

Check all that apply.

**Eagle Fluid Power Inc**

**PO Box 1624**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Lees Summit | MO | 64063 |
|---|---|---|

Basis for the claim:

**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

Official Form 206E/F · Schedule E/F: Creditors Who Have Unsecured Claims · page 32

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.81 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$4,891.00

**Eagle National Steel Ltd**

**540 Skyline Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hutchins**      TX    75141

**Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| 3.82 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$814.12

**Eagle Sensors & Controls**

**2967 Nationwide Pkwy Ste 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Brunswick**      OH    44212

**Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| 3.83 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$3,792.24

**Eagle Specialty**

**PO Box 5310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Saint Louis**      MO    63115-9998

**Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| 3.84 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$9,349.83

**Earle M Jorgensen Company**

**75 Remittance Dr Ste 6460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**      IL    60675-6460

**Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number \_\_ \_\_ \_\_ \_\_

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

El Dorado Ace Hardware

609 N Main

El Dorado                    KS      67042

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,392.42

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

El Dorado Correctional Facility

PO Box 311

El Dorado                    KS      67042-0311

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,914.00

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

Embassy Suites Dallas

2727 N Stemmons Fwy

Dallas                    TX      75207

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$4,150.19

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

Emilys Bubble Plant

5000 E 29th St North

El Dorado                    KS      67042

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Intercompany liability

Is the claim subject to offset?
☑ No
☐ Yes

$693,175.31

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $968.62 |

**Endflex LLC**

**4760 NW 128 St**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Opa Locka__     FL    33054

Basis for the claim: __Business Goods or Services__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,188.51 |

**ENG USA**

**dba ENG USA**

**55 W Monrow St Ste 2575**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Chicago__     IL    60603

Basis for the claim: __Business Goods or Services__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,181.50 |

**Equipment Depot of Dallas Inc**

**PO Box 20187**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Waco__     TX    76702-0187

Basis for the claim: __Business Goods or Services__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,593.00 |

**Estes Express Lines**

**PO Box 77003**

☐ Contingent
☐ Unliquidated
☐ Disputed

__Minneapolis__     MN    55480-7703

Basis for the claim: __Business Goods or Services__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.93** | Nonpriority creditor's name and mailing address

Evergreen Pallet LLC

CDS Business Services Newtek

500 7th Ave

New York                      NY       10018

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$9,520.00**

---

**3.94** | Nonpriority creditor's name and mailing address

Evergy

PO Box 219089

Kansas City                   MO       64121-9089

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$186,502.38**

---

**3.95** | Nonpriority creditor's name and mailing address

Evoqua Water

4800 Northpoint Pkwy Ste 250

Alpharetta                    GA       30022

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$851.00**

---

**3.96** | Nonpriority creditor's name and mailing address

Expeditors Int'l  MCI

10749 NW Ambassador Dr

Kansas City                   MO       64153

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$3,872.00**

---

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | Nonpriority creditor's name and mailing address | | $1,007.00 |
|---|---|---|---|

F H Interamerica LLC

4430 Trade Center Blvd

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Laredo | TX | 78045 |
|---|---|---|

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.98 | Nonpriority creditor's name and mailing address | | $2,144.52 |
|---|---|---|---|

Farmer Brother Coffee

PO Box 934237

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Atlanta | GA | 31193 |
|---|---|---|

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.99 | Nonpriority creditor's name and mailing address | | $3,801.92 |
|---|---|---|---|

Fastenal

2502 W Central

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| El Dorado | KS | 67042 |
|---|---|---|

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.100 | Nonpriority creditor's name and mailing address | | $5,381.00 |
|---|---|---|---|

FedEx

PO Box 94515

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Palatine | IL | 60094-4515 |
|---|---|---|

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.101**  Nonpriority creditor's name and mailing address

FedEx Freight East

Dept CH

PO Box 10306

_____

Palatine                    IL      60055-0306

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$612.00**

---

**3.102**  Nonpriority creditor's name and mailing address

Fernandez Hinojosa

14420 Maquila Loop

International Trade Center

_____

Laredo                      TX      78045

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,851.00**

---

**3.103**  Nonpriority creditor's name and mailing address

Fire Protection Services Inc

1117 N Santa Fe

_____

Wichita                     KS      67214

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,855.00**

---

**3.104**  Nonpriority creditor's name and mailing address

Fisher Scientific

308 Ridgefield Ct

_____

Asheville                   NC      28806

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,958.15**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 38

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.105** Nonpriority creditor's name and mailing address

**Five Star Mechanical Inc**

**1707 S Hoover Rd**

**Wichita**      **KS**    **67209**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,761.00**

**3.106** Nonpriority creditor's name and mailing address

**Fleet Fuels**

**3337 Hwy 160**

**Independence**      **KS**    **67301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$430.00**

**3.107** Nonpriority creditor's name and mailing address

**Forte Products**

**1601 Airpark Dr**

**Farmington**      **MO**    **63640**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$27,079.88**

**3.108** Nonpriority creditor's name and mailing address

**Fujifilm**

**1101 W Cambridge Circle Dr**

**Kansas City**      **KS**    **66110-2914**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$529.00**

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 39

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.109** Nonpriority creditor's name and mailing address

$10,200.00

Fusionbox

2031 Curtis St

Denver       CO    80205

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

$108,449.95

Gabriel Group

dba Gabriel Group an OSG Co

PO Box 1000

Southeastern      PA    19398-1000

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

$745.00

Gage Machine Tool

10668 Widmer

Lenexa      KS    66215

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address

$3,063.34

Giant Finishing Inc

600 W Factory Rd

Addison      IL    60101

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.113 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$158,394.06

Glenroy Inc

PO Box 534

W158 N9332 Nor-X-Way

☐ Contingent
☐ Unliquidated
☐ Disputed

| Menomonee Falls | WI | 53051 |

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.114 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$1,175.00

Global Electronic Services Inc

5325 Palmero Ct

☐ Contingent
☐ Unliquidated
☐ Disputed

| Buford | GA | 30518 |

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.115 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$6,888.96

Global Equipment Co

29833 Network Pl

☐ Contingent
☐ Unliquidated
☐ Disputed

| Chicago | IL | 60673-1298 |

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.116 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$17,289.94

Grainger - ELD

1920 South West St

☐ Contingent
☐ Unliquidated
☐ Disputed

| Wichita | KS | 67213-1108 |

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.117**  Nonpriority creditor's name and mailing address

**Grainger DAL**

**Dept 802414508**

**PO Box 419267**

_____

**Kansas City**                **MO**    **64141-6267**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$82,361.91**

**3.118**  Nonpriority creditor's name and mailing address

**Green Pasture Lawn & Tree**

**7766 SW River Valley Rd**

_____

_____

**Augusta**                **KS**    **67010**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,253.07**

**3.119**  Nonpriority creditor's name and mailing address

**GS1 US**

**Dept 781271**

**PO Box 78000**

_____

**Detroit**                **MI**    **48278-1271**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.120**  Nonpriority creditor's name and mailing address

**GT Midwest**

**2202 South West Street**

_____

_____

**Wichita**                **KS**    **67213**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,260.00**

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.08 |
|---|---|---|---|

GT Midwest Div of GT Sales

P O Box 755

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Wichita                KS        67201-0755

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,928.40 |
|---|---|---|---|

GTT Communications Inc

7900 Tysons One Place Ste 1450

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

McLean                 VA        22102

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,703.78 |
|---|---|---|---|

Hartfiel Automation Inc

8017 Flint St

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Overland Park          KS        66214

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,152.82 |
|---|---|---|---|

Hawk Ridge Systems LLC

575 Clyde Ave Ste 420

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Mountain View          CA        94043

**Basis for the claim:** Business Goods or Services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 43

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,356.76 |
|---|---|---|---|

HCL Technologies Ltd

FAO: Kishan Jaiswal

135 US Hwy 202-206

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,998.75 |
|---|---|---|---|

Henry Unger Associates

13867 Sunset Blvd

Pacific Palisades      CA      90272

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,099.00 |
|---|---|---|---|

Heubach Ltd

PO Box 416247

Boston      MA      02241-6247

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,870.00 |
|---|---|---|---|

Hi Float

13025 Middletown Industrial Blvd

Louisville      KY      40223

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 44

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.129** Nonpriority creditor's name and mailing address

**$25,740.00**

Indigo America Inc

5555 Windward Pkwy

Alpharetta      GA    30004

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address

**$2,175.00**

Industrial Crating Inc

PO Box 248

413 Front St

Saint Paul      KS    66771

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address

**$1,498.75**

Industrial Equipment

PO Box 14790

Houston      TX    77221-4790

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address

**$606.61**

Industrial Repair Service

2650 Business Dr

Cumming      GA    30028

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.133 | Nonpriority creditor's name and mailing address |
|---|---|

**Inflatable Concepts**

**13350 SW 131 St Unit 106**

_____

**Miami**                    **FL      33186**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,352.64**

| 3.134 | Nonpriority creditor's name and mailing address |
|---|---|

**Inflatable Concepts Joint Venture**

**13350 SW 131 St Unit 106**

_____

**Miami**                    **FL      33186**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$222.40**

| 3.135 | Nonpriority creditor's name and mailing address |
|---|---|

**Inflatable Concepts Venture**

**13350 SW 131 St Unit 106**

_____

**Miami**                    **FL      33186**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$297,883.00**

| 3.136 | Nonpriority creditor's name and mailing address |
|---|---|

**Interamerica Forwarding**

**14420 Maquila Loop**

**International Trade Center**

_____

**Laredo**                   **TX      78045**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,284.47**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 46

Debtor  **Continental American Corporation**                Case number (if known) _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.137 | Nonpriority creditor's name and mailing address |
|---|---|

**Interflex Laser Engravers**

**175 Tradd St**

_____

**Spartanburg**          **SC**      **29301**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,415.33**

| 3.138 | Nonpriority creditor's name and mailing address |
|---|---|

**Intertek Testing Services**

**2/F Garmet Centre**

**576 Castle Peak Rd**

**Kowloon**

_____

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$19,244.04**

| 3.139 | Nonpriority creditor's name and mailing address |
|---|---|

**iSi (Integrated Solutions)**

**215 S Laura**

_____

**Wichita**          **KS**      **67211**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$864.00**

| 3.140 | Nonpriority creditor's name and mailing address |
|---|---|

**JHB Investments**

**PO Box 47**

_____

**El Dorado**          **KS**      **67042**

Date or dates debt was incurred      _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,348.28**

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 47

Debtor  __Continental American Corporation__     Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.141 | Nonpriority creditor's name and mailing address |

**Jim Plutt**

**9622 Yukon Cir S**

**Minneapolis**      **MN**    **55438**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,000.00**

---

| 3.142 | Nonpriority creditor's name and mailing address |

**John Hancock**

**PO Box 7247-0274**

**Philadelphia**      **PA**    **19170-0274**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,810.00**

---

| 3.143 | Nonpriority creditor's name and mailing address |

**Johnson Controls**

**PO Box 371967**

**Pittsburgh**      **PA**    **15250-7967**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,458.35**

---

| 3.144 | Nonpriority creditor's name and mailing address |

**K-Mitch LLC**

**2900 W 71st St**

**Prairie Village**      **KS**    **66208**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$15,000.00**

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 48

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,655.43 |
|---|---|---|---|

Kansas Correctional Industries

PO Box 2

☐ Contingent
☐ Unliquidated
☐ Disputed

Lansing                    KS      66043

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $946.01 |
|---|---|---|---|

Kansas Electric Inc

1420 NW 36th

☐ Contingent
☐ Unliquidated
☐ Disputed

Newton                    KS      67114

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,411.73 |
|---|---|---|---|

Kansas Gas Service

PO Box 219046

☐ Contingent
☐ Unliquidated
☐ Disputed

Kansas City                MO      64121-9046

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $80,474.44 |
|---|---|---|---|

Kellfab Inc

1003 Treetop Trail Dr

☐ Contingent
☐ Unliquidated
☐ Disputed

Manchester                MO      63021-7720

Basis for the claim:
Business Goods or Services

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 49

| Debtor | **Continental American Corporation** | Case number (if known) _____ |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.149**  Nonpriority creditor's name and mailing address

KKSG & Associates Inc

67 E Wilson Bridge Rd Ste201

Columbus          OH     43085

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$2,500.00**

---

**3.150**  Nonpriority creditor's name and mailing address

Lease Finance Partners Inc

4825 E Douglas Ste 400

Wichita          KS     67218

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.151**  Nonpriority creditor's name and mailing address

Liberty Pallets

dba Liberty Pallets Service

PO Box 540353

Dallas          TX     75354

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500.00**

---

**3.152**  Nonpriority creditor's name and mailing address

Liberty Ribbon & Packaging LLC

PO Box  2480

1970 Old Cuthbert Rd #220

Cherry Hill          NJ     08034

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 50

| Debtor | **Continental American Corporation** | Case number (if known) _____ |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.153** Nonpriority creditor's name and mailing address

Linde Gas & Equipment Inc

dba Praxair

PO Box 120812 Dept 0812

Dallas TX 75312-0812

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$3,146.77

**3.154** Nonpriority creditor's name and mailing address

Marvel Entertainment

500 S Buena Vista St

Burbank CA 91521

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$84,681.16

**3.155** Nonpriority creditor's name and mailing address

Matheson Tri-Gas Inc

Dept 3028

PO Box 123028

Dallas TX 75312

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,288.10

**3.156** Nonpriority creditor's name and mailing address

Maxs Breathe Easy

622 N Oil Hill Rd

El Dorado KS 67042

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$21,283.00

Official Form 206E/F Schedule E/F: Creditors Who Have Unsecured Claims page 51

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.157** Nonpriority creditor's name and mailing address

__McMaster Carr Supply__

__PO Box 7690__

_____

__Chicago__          IL    __60680-7690__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$35,613.22

**3.158** Nonpriority creditor's name and mailing address

__Midwest Single Source Inc__

__PO Box 49380__

_____

__Wichita__          KS    __67201-9380__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$21,598.00

**3.159** Nonpriority creditor's name and mailing address

__Mine Safety Appliances Co LLC__

__1000 Cranberry Woods Dr__

_____

__Cranberry Township__          PA    __16066__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$2,701.97

**3.160** Nonpriority creditor's name and mailing address

__MKM Janitorial Services LLC__

__2108 Blossom Ln__

_____

__Richardson__          TX    __75081__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.161**  Nonpriority creditor's name and mailing address

**Morris Packaging MN LLC**

**17100 Medina Rd Ste 800**

**Minneapolis**                    **MN      55447**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$91,989.00**

---

**3.162**  Nonpriority creditor's name and mailing address

**MSC Industrial Supply Co**

**28551 Laura Court**

**Elkhart**                        **IN      46517-1179**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,156.85**

---

**3.163**  Nonpriority creditor's name and mailing address

**Mutual of Omaha**

**Payment Processing Ctr**

**PO Box 2147**

**Omaha**                          **NE      68103-2147**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$13,459.01**

---

**3.164**  Nonpriority creditor's name and mailing address

**NACM North Central**

**8441 Wayzata Blvd Ste 270**

**Minneapolis**                    **MN      55426**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$5,000.00**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.165 | Nonpriority creditor's name and mailing address |

**Nortech Graphics Inc**

**14950 Industrial Park Dr**

**Lead Hill**          **AR**      **72644**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,624.87**

| 3.166 | Nonpriority creditor's name and mailing address |

**Northstar Balloons**

**17100 Medina Rd Ste 800**

**Minneapolis**          **MN**      **55447**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$356,317.00**

| 3.167 | Nonpriority creditor's name and mailing address |

**Northwestern Mutual**

**PO Box 3009**

**Milwaukee**          **WI**      **53201-3009**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,776.05**

| 3.168 | Nonpriority creditor's name and mailing address |

**OEC Graphics**

**7630 S Quincy St**

**Willowbrook**          **IL**      **60527**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.00 |

Old Dominion

PO Box 841324

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Dallas                          TX      75284-1324

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,019.60 |

Omya Specialty Materials Inc

4605 Duke Dr Ste 700

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Mason                          OH      45040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,153.46 |

Online Labels LLC

2021 E Lake Mary Blvd

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Sanford                        FL      32773

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,238.04 |

Oracle America

PO Box 203448

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Dallas                          TX      75320-3448

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.173 | Nonpriority creditor's name and mailing address |

__Orkin__

__3601 NE Loop 820 Ste 100__

_____

__Fort Worth                    TX      76137__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$104.00

| 3.174 | Nonpriority creditor's name and mailing address |

__Orkin Pest Control__

__1555 E 2nd St N__

_____

__Wichita                      KS      67214-4121__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$1,289.94

| 3.175 | Nonpriority creditor's name and mailing address |

__Orpalis__

__A PSPDFKit Co__

__Le Verdi 52 rue de Marclan__

__Muret France 31600__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$7,440.00

| 3.176 | Nonpriority creditor's name and mailing address |

__Overhead Door Co__

__1901 E 119th St__

_____

__Olathe                        KS      66061__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$1,566.48

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 56

| Debtor | **Continental American Corporation** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,472.45 |
|---|---|---|---|

**Packaged Systems Inc**

**PO Box 195787**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

| **Dallas** | **TX** | **75219-5787** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Page Boiler Inc**

**PO Box 605**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Notice Only**

| **Nevada** | **TX** | **75173** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,453,015.00 |
|---|---|---|---|

**Pioneer Automation Technologies LLC**

**1220 N Haverhill Rd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Intercompany Loan**

| **El Dorado** | **KS** | **67042** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,860.00 |
|---|---|---|---|

**Plan Tech Inc**

**7031 Shaker Rd Box J**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

| **Loudon** | **NH** | **03307** |

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.181**   Nonpriority creditor's name and mailing address

**Polymount US LLC**

**126 W Bledsoe Rd**

_____

**Newnan**                    **GA**    **30265**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,403.00**

---

**3.182**   Nonpriority creditor's name and mailing address

**Premium Balloon**

**6935 Ridge Rd**

**PO Box 352**

_____

**Sharon Center**              **OH**    **44274-0352**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$47,101.00**

---

**3.183**   Nonpriority creditor's name and mailing address

**Prime Molding Technologies Inc**

**3765 Investment Ln**

_____

**West Palm Beach**            **FL**    **33404**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$63,605.35**

---

**3.184**   Nonpriority creditor's name and mailing address

**ProActive Work Health Services**

**3141 Irving Blvd Ste 220**

_____

**Dallas**                     **TX**    **75247**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,335.00**

---

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.185**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**PromoCornercom**

**PO Box 505**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$1,950.00**

Middleboro     MA    02346-0505

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.186**   Nonpriority creditor's name and mailing address

**Public Works & Utilities**

**PO Box 2922**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$5,553.00**

Wichita     KS    67201-2922

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.187**   Nonpriority creditor's name and mailing address

**Publication Printers Corp**

**2001 S Platte River Dr**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$25,428.98**

Denver     CO    80223

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.188**   Nonpriority creditor's name and mailing address

**Pure Water Partners LLC**

**PO Box 24445**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$3,039.20**

Seattle     WA    98124-0445

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.189**   Nonpriority creditor's name and mailing address

**Purvis Bearing Service**

**PO Box 540757**

**Dallas**                    **TX**      **75354-0757**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,289.74**

---

**3.190**   Nonpriority creditor's name and mailing address

**Pye Barker Fire & Safety LLC**

**PO Box 714812**

**Cincinnati**                **OH**      **45271-4812**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,818.91**

---

**3.191**   Nonpriority creditor's name and mailing address

**Quadient Finance**

**dba Neofunds Total Funds**

**PO Box 6813**

**Carol Stream**              **IL**      **60197-6813**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,703.02**

---

**3.192**   Nonpriority creditor's name and mailing address

**Quality Compressor Mgmnt Inc**

**c/o SS Brown Funding Inc**

**PO Box 1267**

**Mansfield**                 **TX**      **76063**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$23,141.32**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.193 | Nonpriority creditor's name and mailing address |
|---|---|

**Quality Extrusion Inc**

**1904 Willow St**

**Mankato**　　　　　　　**MN**　　**56001**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$22,304.00**

| 3.194 | Nonpriority creditor's name and mailing address |
|---|---|

**R + L Carriers**

**PO Box 10020**

**Port William**　　　　**OH**　　**45164-2000**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$17,570.00**

| 3.195 | Nonpriority creditor's name and mailing address |
|---|---|

**R + L Truckload Services**

**BOA Lockbox 74008195**

**Chicago**　　　　　　　**IL**　　**60674-8195**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,950.00**

| 3.196 | Nonpriority creditor's name and mailing address |
|---|---|

**Radwell International Inc**

**1 Millennium Dr**

**Willingboro**　　　　　**NJ**　　**08046-1000**

Date or dates debt was incurred　　　_____

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,073.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.197 | Nonpriority creditor's name and mailing address |
|---|---|

**Ramco Innovations Inc**

**1207 Maple St**

_____

| **West Des Moines** | **IA** | **50265** |

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$2,482.45

---

| 3.198 | Nonpriority creditor's name and mailing address |
|---|---|

**Renne Fink**

**3005 Brodhead Rd Ste 293**

_____

| **Bethlehem** | **PA** | **18017** |

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**For James Fink - deceased**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,825.11

---

| 3.199 | Nonpriority creditor's name and mailing address |
|---|---|

**Review Studio Inc**

**3 Place Ville Marie Ste 400**

**Montreal H3B 2E3**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,540.00

---

| 3.200 | Nonpriority creditor's name and mailing address |
|---|---|

**Road Runner Recycling Inc**

**PO Box 6011**

_____

| **Hermitage** | **PA** | **16148** |

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$4,839.95

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.201 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

__Rodriguez Printing__

__PO Box 224022__

_____

| __Dallas__ | __TX__ | __75222__ |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$8,491.00**

---

| 3.202 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

__Ronald E Prater__

__dba PDC__

__16245 41st Ave NE__

_____

| __Seattle__ | __WA__ | __98155__ |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$5,000.00**

---

| 3.203 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

__Roto-Die Co Inc__

__800 Howerton Ln__

_____

| __Eureka__ | __MO__ | __63025__ |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,028.63**

---

| 3.204 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

__RS Americas Inc__

__dba RS__

__7151 Jack Newell Blvd S__

_____

| __Fort Worth__ | __TX__ | __76118__ |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Business Goods or Services__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,042.57**

| Debtor | Continental American Corporation | Case number (if known) | |
|--------|----------------------------------|------------------------|--|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.205** Nonpriority creditor's name and mailing address

Rudolph Bros & Co

6550 Oley Speaks Way

Canal Winchester          OH     43110

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.206** Nonpriority creditor's name and mailing address

Russell A Farrow

PO Box 441364

Detroit          MI     48244-1364

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$57.00**

---

**3.207** Nonpriority creditor's name and mailing address

Safety-Kleen Corp

PO Box 975201

Dallas          TX     75397

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$19,940.70**

---

**3.208** Nonpriority creditor's name and mailing address

SAGE

16301 Quorum Drive

Addison          TX     75001

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 64

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.209** Nonpriority creditor's name and mailing address

Sams Club

PO Box 530981

Atlanta      GA    30353-0981

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$940.35

---

**3.210** Nonpriority creditor's name and mailing address

Security Life of Denver

5627 Innovation Way

Chicago      IL    60682-0056

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,200.00

---

**3.211** Nonpriority creditor's name and mailing address

Service Corporation of NACM

8840 Columbia 100 Parkway

Columbia      MD    21045

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$90.00

---

**3.212** Nonpriority creditor's name and mailing address

Shred-it Wichita

28883 Network Pl

Chicago      IL    60673-1288

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,238.88

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 65

| Debtor | **Continental American Corporation** | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,300.00** |

**Silva Itamar**

**PioneerBalloon-South America Sales**

**Rua Schilling 413 cj 301**

**Brattleboro VT 05302-001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,420.12** |

**Sirius Computer Solutions Inc**

**PO Box 911485**

**Dallas**      **TX**    **75391-1485**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,566.27** |

**Skarda Equipment Co**

**PO Box 3568**

**Omaha**      **NE**    **68103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00** |

**SmarterCommerce**

**11455 SW 40th St Ste 144**

**Miami**      **FL**    **33165**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 66

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.217 | Nonpriority creditor's name and mailing address |

**Southwest Engineers**

**PO Box 2499**

_____

**Slidell**                      **LA**     **70459**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,227.12

---

| 3.218 | Nonpriority creditor's name and mailing address |

**Spectra Colorants**

**228 Industrial Park Rd**

_____

**Union**                       **SC**     **29379**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,427.47

---

| 3.219 | Nonpriority creditor's name and mailing address |

**Spectrum**

**PO Box 60074**

_____

**City of Industry**             **CA**     **91716-0074**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$934.26

---

| 3.220 | Nonpriority creditor's name and mailing address |

**SPS Commerce**

**PO Box 205782**

_____

**Dallas**                       **TX**     **75320-5782**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Goods or Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

$910.22

---

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.221 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$4,152.95

**SPX Flow US LLC**

**PO Box 277886**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Atlanta**      **GA**    **30384**      **Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$19,980.88

**Staples Advantage**

**PO Box 660409**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75266-0409**      **Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$162,137.39

**Stinson LLP**

**PO Box 843052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Kansas City**      **MO**    **64184-3052**      **Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$3,160.92

**Stuart Hose and Pipe Co**

**2621 Irving Blvd**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75207**      **Business Goods or Services**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __

- ☑ No
- ☐ Yes

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page 68

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.225 | Nonpriority creditor's name and mailing address |
|---|---|

Studio Pets

Aalsmeerderweg 28-1

Aalsmeer 1432CN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,645.23

| 3.226 | Nonpriority creditor's name and mailing address |
|---|---|

Sudpack

Jagerstrabe 23

Ochsenhausen 88416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$430,719.51

| 3.227 | Nonpriority creditor's name and mailing address |
|---|---|

Sun Chemical

5000 Spring Grove Ave

Cincinnati          OH    45232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,534.00

| 3.228 | Nonpriority creditor's name and mailing address |
|---|---|

Sunbelt Material Handling

1617 Terre Colony Ct

Dallas          TX    75212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,370.53

| Debtor | Continental American Corporation | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.229** Nonpriority creditor's name and mailing address

Sunrise Oilfield Supply

PO Box 3423

Wichita        KS    67201

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,014.77**

---

**3.230** Nonpriority creditor's name and mailing address

Takara Kosan Co Ltd

3/F Farmstone Building

5-27-4 OMORI-NISHI

Tokyo 143-0015

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$1,071,899.00**

---

**3.231** Nonpriority creditor's name and mailing address

Takara Kosan Co Ltd

3F/Farmstone Building

5-27-4 OMORI-NISHI

Tokyo 143-0015

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,131.13**

---

**3.232** Nonpriority creditor's name and mailing address

Team Viewer

PO Box 743135

Atlanta        GA    30374

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,354.80**

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 70

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.233 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Technical Products Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3500 Ridge Road**

**Basis for the claim:**
**Notice Only**

**Cleveland**          **OH**    **44102**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$0.00**

| 3.234 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Ted A Vlamis**

☐ Contingent
☐ Unliquidated
☐ Disputed

**901 Tara Ln**

**Basis for the claim:**
**Business Goods or Services**

**Wichita**          **KS**    **67206**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$17,289.94**

| 3.235 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Ted and Betty Vlamis**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5000 E 29th St North**

**Basis for the claim:**
**Loan**

**Wichita**          **KS**    **67220**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$1,097,238.00**

| 3.236 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Teladoc Inc**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 24004**

**Basis for the claim:**
**Business Goods or Services**

**New York**          **NY**    **10087-4004**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**$2,079.00**

Case 23-10938    Doc# 1    Filed 09/22/23    Page 82 of 122

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.237**  Nonpriority creditor's name and mailing address

The Balloon Council

c/o Daniel A Flynn

Pioneer Balloon Company

5000 E 29th Street N

Wichita                          KS        67220

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$27,000.00**

---

**3.238**  Nonpriority creditor's name and mailing address

The Kish Company Inc

PO Box 76158

_____

Cleveland                        OH        44101-4755

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$19,255.00**

---

**3.239**  Nonpriority creditor's name and mailing address

Theresa Stokes

dba Balloon Lady Houston

2814 Hazy Hillside Ct

Kingwood                         TX        77345-2222

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,897.67**

---

**3.240**  Nonpriority creditor's name and mailing address

Tiarco

PO Box 281995

_____

Atlanta                          GA        30384

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

| Debtor | Continental American Corporation | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.241 | Nonpriority creditor's name and mailing address |
|---|---|

Titan HQ

c/o Copperfasten Technologies

1st Fl Mazars Pl

Salthill G H91 YFC2

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.242 | Nonpriority creditor's name and mailing address |
|---|---|

TK Innovations Inc

PO Box 2792

Kailua Kona          HI     96745

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$121,293.59**

---

| 3.243 | Nonpriority creditor's name and mailing address |
|---|---|

Toray Plastics

Lockbox Operations #654034

Dallas          TX     75265-4034

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$84,997.00**

---

| 3.244 | Nonpriority creditor's name and mailing address |
|---|---|

ToTex Corporation

International Division

Fujibiru Shintoshinkan 4F

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$41,032.00**

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 73

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.245 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Transamerica Life Ins Co**

**PO Box 653009**

**Dallas**                **TX**        **75265-3009**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$8,090.00

---

| 3.246 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Tru-B-Loons and Party Decor LLC**

**dba Tru-B-Loons Event and Party Decor**

**18113 Kitchen House Ct**

**Germantown**            **MD**      **20874**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

| 3.247 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**TUV SUD**

**Shanghai Branch**

**No 1999 Du Hui Rd**

**Shanghai 20118**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| 3.248 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**Uline Shipping Supply**

**PO Box 88741**

**Chicago**               **IL**       **60680-1741**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$2,763.00

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.249** Nonpriority creditor's name and mailing address

Underground Vaults & Storage

PO Box 1723

Hutchinson                KS      67504-1723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$1,456.15

**3.250** Nonpriority creditor's name and mailing address

UniFirst Corp

PO Box 650481

Dallas                TX      75265-0481

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$10,232.00

**3.251** Nonpriority creditor's name and mailing address

United Parcel Service

PO Box 809488

Chicago                IL      60680-9488

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$353.08

**3.252** Nonpriority creditor's name and mailing address

United States Plastic Corp

1390 Neubrecht Rd

Lima                OH      45801

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$638.38

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 75

| Debtor | Continental American Corporation | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.253** Nonpriority creditor's name and mailing address

United Testing Systems

40 McCullough Dr

New Castle      DE   19720

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$4,396.04

---

**3.254** Nonpriority creditor's name and mailing address

Univar USA Inc

62190 Collections Center Dr

Chicago      IL   60693

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$27,170.18

---

**3.255** Nonpriority creditor's name and mailing address

Univar USA Inc - ELD

62190 Collections Center Dr

Chicago      IL   60693

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Notice Only

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.256** Nonpriority creditor's name and mailing address

UPS Supply Chain Sol Inc

PO Box 730900

Dallas      TX   75373-0900

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

$5,617.51

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         page 76

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.257 | Nonpriority creditor's name and mailing address |

**US Road Freight Express Inc**

**PO Box 9070**

**Wichita**                    **KS      67277-0070**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,615.65**

| 3.258 | Nonpriority creditor's name and mailing address |

**Verizon Wireless**

**PO Box 16810**

**Newark**                    **NJ      07101-6810**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,496.41**

| 3.259 | Nonpriority creditor's name and mailing address |

**Viacom Media Networks**

**1515 Broadway**

**New York**                    **NY      10036**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$32,847.92**

| 3.260 | Nonpriority creditor's name and mailing address |

**Videojet Technologies Inc**

**12113 Collection Center Dr**

**Chicago**                    **IL      60693**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,549.56**

| Debtor | Continental American Corporation | | Case number (if known) | |
|---|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.261** Nonpriority creditor's name and mailing address

Vlamis Enterprises LLC

5000 E 29th St North

Wichita       KS    67220

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Intercompany Loan

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,961,187.00**

---

**3.262** Nonpriority creditor's name and mailing address

W D Cleaning Inc

501 E 69th St N

Wichita       KS    67219

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,320.00**

---

**3.263** Nonpriority creditor's name and mailing address

Waste Connections

Lone Star Inc

PO Box 679859

Dallas       TX    75267-9859

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,057.28**

---

**3.264** Nonpriority creditor's name and mailing address

WEX Health Inc

PO Box 9528

Fargo       ND    58106-9528

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Business Goods or Services

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$426.30**

---

Official Form 206E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 78

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.265** | Nonpriority creditor's name and mailing address |
|---|---|

**Wichita Chapter of NACM**

**200 S Ridge Road**

**Hesston**                    KS      67062

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$30.00**

| **3.266** | Nonpriority creditor's name and mailing address |
|---|---|

**Wichita Shredding LLC**

**1930 N Ohio**

**Wichita**                    KS      67214

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$260.00**

| **3.267** | Nonpriority creditor's name and mailing address |
|---|---|

**Windmoeller and Hoelscher**

**23 New England Way**

**Lincoln**                    RI      02865

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$7,049.00**

| **3.268** | Nonpriority creditor's name and mailing address |
|---|---|

**World Trade Council of Wichita**

**CIBA Barton School of Business**

**WSU Clinton Hall 034**

**Wichita**                    KS      67260-0088

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,130.00**

Debtor __Continental American Corporation__      Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.269 | Nonpriority creditor's name and mailing address |
|---|---|

X-Rite Inc

Lockbox 62750

62750 Collection Center Dr

_____

Chicago      IL      60693-0627

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$1,878.14

| 3.270 | Nonpriority creditor's name and mailing address |
|---|---|

Younkin Logistics

PO Box 325

_____

_____

Ashland      OH      44805

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Business Goods or Services__

Is the claim subject to offset?
☑ No
☐ Yes

$66,850.00

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**    **Northstar Balloons**
**17100 Medina Road Suite 800**

**Plymouth**    **MN**    **55317**

Line __3.166__

☐ Not listed.  Explain:

___ ___ ___ ___

**4.2**    **Phifer Wire Products**
**PO Box 945823**

**Atlanta**    **GA**    **30394-5823**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.3**    **US Attorney Wichita**
**1200 Epic Center**
**301 N Main**

**Wichita**    **KS**    **67202**

Line __2.15__

☐ Not listed.  Explain:

___ ___ ___ ___

**4.4**    **US Attorney Wichita**
**1200 Epic Center**
**301 N Main**

**Wichita**    **KS**    **67202**

Line __3.43__

☐ Not listed.  Explain:

___ ___ ___ ___

**4.5**    **US Department of Agriculture**
**Office of the General Counsel**
**PO Box 419205**
**Mail Stop 1401**
**Kansas City**    **MO**    **64141-6205**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.6**    **US Small Business Administration**
**District Counsel**
**10675 Bedford Ave Ste 100**

**Omaha**    **NE**    **68127**

Line __3.43__

☐ Not listed.  Explain:

___ ___ ___ ___

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.7** | **Verizon Wireless** <br> **500 Technology Dr #550** <br><br> **Saint Charles    MO    63304-2225** | Line __**3.258**__ <br><br> ☐ Not listed. Explain: | __ __ __ __ |
| **4.8** | **Wells Fargo Equipment Finance** <br> **Equipment and Vendor Finance** <br> **PO Box 77101** <br><br> **Minneapolis    MN    55480** | Line _____ <br><br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 82

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$5,252,666.60** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$18,046,618.17** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$23,299,284.77** |

**Fill in this information to identify the case:**

Debtor name    **Continental American Corporation**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)    _____    Chapter    **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | | |
|---|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Konica printers**<br>**Contract to be ASSUMED** | **CIT Bank NA** | |
| | | | **10201 Centurion Parkway North** | |
| | | | **Suite 100** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Jacksonville**     **FL**    **32256** | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Forklifts lease**<br>**Contract to be ASSUMED** | **Crown Lift Trucks** | |
| | | | **4000 Scientific Dr** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Canadian**     **TX**    **79014** | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment leases**<br>**Contract to be ASSUMED** | **CSI Leasing Inc** | |
| | | | **9990 Old Olive Street Road** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Saint Louis**     **MO**    **63141** | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Equipment Rental**<br>**Contract to be ASSUMED** | **De Lage Landen Financial Services Inc** | |
| | | | **1111 Old Eagle School Rd** | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Wayne**     **PA**    **19087** | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Equipment Lease Contract to be ASSUMED | Digital Office Systems |
| | | | 530 S Hydraulic St |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wichita KS 67211 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Product Licensing Agreement Contract to be ASSUMED | Disney Consumer Products |
| | | | Bank of America Lockbox Services |
| | | | File 50735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Los Angeles CA 90012 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Product licensing agreement Contract to be ASSUMED | Disney Consumer Products-Canada Contract |
| | | | 500 S Buena Vista St |
| | State the term remaining | | |
| | List the contract number of any government contract | | Burbank CA 91521 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease/finance Contract to be ASSUMED | First Citizens Bank |
| | | | 21146 Network Pl |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago IL 60673-1211 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Premises Lease Contract to be REJECTED | Hillsdale Development |
| | | | PO Box 187 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Ashland OH 44805 |

Debtor __Continental American Corporation__    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Forklift Leases Contract to be ASSUMED | HYG Financial Services Inc PO Box 35701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Billings          MT      59107 |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Business contract Contract to be ASSUMED | Kansas Correctional Industries PO Box 2 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lansing          KS      66043 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Office equipment lease Contract to be ASSUMED | Lease Finance Partners Inc PO Box 20140 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wichita          KS      67208-1140 |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Product licensing agreement Contract to be ASSUMED | Marvel Entertainment 500 S Buena Vista St |
| | State the term remaining | | |
| | List the contract number of any government contract | | Burbank          CA      91521 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease Contract to be ASSUMED | Mobile Mini Inc PO Box 79149 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Phoenix          AZ      85062-9149 |

Debtor    **Continental American Corporation**      Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

     Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | License Agreements<br>Contract to be ASSUMED | Northstar Balloons |
| | | | 17100 Medina Rd Ste 800 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Minneapolis    MN    55447 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Office lease<br>Contract to be REJECTED | Palimoda Properties LLC |
| | | | PO Box 3414 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Easton    PA    18043-3414 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Freight contract<br>Contract to be ASSUMED | Penske Truck Leasing Co LP |
| | | | PO Box 802577 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Chicago    IL    60680-2577 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Postage machine lease<br>Contract to be ASSUMED | Pitney Bowes Global Financial Services |
| | | | PO Box 981022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Boston    MA    02298 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Business lease<br>Contract to be ASSUMED | R & B Leasing |
| | | | 14631 SW Clover Ln |
| | State the term remaining | | |
| | List the contract number of any government contract | | Rose Hill    KS    67133 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

     Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases        State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Business lease<br>Contract to be ASSUMED | ReadyRefresh by Nestle<br>a Div of Nestle Waters N America Inc<br>PO Box 856192 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Louisville    KY    40285-6192 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Licensing | Veeam Payment Solutions<br>2330 I-30 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Mesquite    TX    75150 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | VFI KR SPE I LLC<br>2800 East Cottonwood Parkway 2nd Floor<br>Salt Lake City, UT 84121<br><br>Contract to be ASSUMED | VFI KR SPE I LLC<br>2800 East Cottonwood Parkway 2nd Fl |
| | State the term remaining | | Salt Lake City    UT    84121 |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Nickelodeon licensing agreement<br>Contract to be ASSUMED | Viacom International Inc<br>1515 Broadway |
| | State the term remaining | | |
| | List the contract number of any government contract | | New York    NY    10036 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Wichita Headquarters Lease<br>Contract to be ASSUMED | Vlamis Enterprises Wichita LLC<br>5000 E 29th St North |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wichita    KS    67220 |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25**

| State what the contract or lease is for and the nature of the debtor's interest | **Forklift leases**<br>**Contract to be ASSUMED** | **Wells Fargo Bank NA** |
|---|---|---|
| | | **300 Tri State International Ste 400** |
| State the term remaining | | |
| List the contract number of any government contract | | **Lincolnshire           IL       60069** |

Fill in this information to identify the case:

Debtor name     **Continental American Corporation**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1 Pioneer Automation Technologies LLC** | **1220 N Haverhill Rd**<br>Number     Street<br><br>**El Dorado**     **KS**  **67042**<br>City                   State   ZIP Code | **White Oak Commercial Finance LLC** | ☑ D<br>☐ E/F<br>☐ G |
| **2.2 Pioneer National Latex Inc** | **5000 E 29th St North**<br>Number     Street<br><br>**Wichita**     **KS**  **67220**<br>City                   State   ZIP Code | **CIBC Bank USA** | ☑ D<br>☐ E/F<br>☐ G |
| **2.3 Pioneer National Latex Inc** | **5000 E 29th St North**<br>Number     Street<br><br>**Wichita**     **KS**  **67220**<br>City                   State   ZIP Code | **Varilease Finance Inc EFT** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4 Pioneer National Latex Inc** | **5000 E 29th St North**<br>Number     Street<br><br>**Wichita**     **KS**  **67220**<br>City                   State   ZIP Code | **White Oak Commercial Finance LLC** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Continental American Corporation**    Case number (if known) _____

<table>
<tr><td style="background:black; width:40px;"> </td><td>**Additional Page if Debtor Has More Codebtors**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | **Pioneer National Latex Inc** | **5000 E 29th St North**<br>Number     Street<br><br>**Wichita**          **KS   67220**<br>City                      State   ZIP Code | **HYG Financial Services Inc** | ☐ D<br>☐ E/F<br>☑ G |
| 2.6 | **Pioneer National Latex Inc** | **5000 E 29th St North**<br>Number     Street<br><br>**Wichita**          **KS   67220**<br>City                      State   ZIP Code | **VFI KR SPE I LLC** | ☐ D<br>☐ E/F<br>☑ G |
| 2.7 | **Vlamis Enterprises Wichita LLC** | **5000 E 29th St North**<br>Number     Street<br><br>**Wichita**          **KS   67220**<br>City                      State   ZIP Code | **CIBC Bank USA** | ☑ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/22/2023**          X **/s/ Daniel A. Flynn**
          MM / DD / YYYY                   Signature of individual signing on behalf of debtor

**Daniel A. Flynn**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

In re **Continental American Corporation**

Case No. _____

Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................. **$105,000.00**

   Prior to the filing of this statement I have received........................................ **$105,000.00**

   Balance Due........................................................................................... **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The fees listed and paid represent a retainer deposit, a portion of which was spent pre-filing, including on fees and costs. The deposit covers this case and the companion case for Pioneer National Latex, Inc. Fees are billed at the firm's standard hourly rates. All fees earned post-petition shall be subject to fee application. The engagement agreement between the firm and the debtor shall govern all fees and is available to the Court and U.S. Trustee's office upon request.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/22/2023 | /s/ David Prelle Eron | |
| --- | --- | --- |
| *Date* | *David Prelle Eron* | Bar No. 23429 |
| | Prelle Eron & Bailey, P.A. | |
| | 301 N. Main St., Suite 2000 | |
| | Wichita, KS 67202 | |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 | |

**/s/ Daniel A. Flynn**

*Daniel A. Flynn*
*Chief Executive Officer*

**Debtor name**     **Continental American Corporation**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Dale Marsh 12329 Marsh Pointe Road Sarasota FL 34238 | | Wages | Unliquidated | | | $1,000,000.00 |
| 2  Randy Smith 1306 SW Logos Dr Lees Summit MO 64081-2304 | | Wages | | | | $500,000.00 |
| 3  Renne Fink 4106 Gloria Lane Bethlehem PA 18017 | | Wages | | | | $491,666.66 |
| 4  Concord Financial Advisors C/O Tom Jones 2543 Laurel Ln Wilmette IL 60091 | | Loan | Unliquidated | | | $467,000.00 |
| 5  Sudpack Jagerstrabe 23 Ochsenhausen 88416 | | Business Goods or Services | | | | $430,719.51 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 6 Angsana Investments 17A Trevose Crescent Singapore 298094 | | Loan | Unliquidated | | | $400,000.00 |
| 7 Northstar Balloons 17100 Medina Rd Ste 800 Minneapolis MN 55447 | | Contract | Unliquidated Disputed | | | $356,317.00 |
| 8 Inflatable Concepts Venture 13350 SW 131 St Unit 106 Miami FL 33186 | | Business Goods or Services | | | | $297,883.00 |
| 9 American Express PO Box 650448 Dallas TX 75265-0448 | | Credit Card | Unliquidated | | | $250,000.00 |
| 10 Anthony Marrone 336 Wings Circle Sunrise Beach MO 65079 | | Wages | | | | $195,833.02 |
| 11 Constellation New Energy PO Box 5473 Carol Stream IL 60197 | | Business Goods or Services | | | | $188,601.09 |
| 12 Evergy PO Box 219089 Kansas City MO 64121-9089 | | Business Goods or Services | | | | $186,502.38 |
| 13 Disney Consumer Products Bank of America Lockbox Services PO Box 50735 Los Angeles CA 90012 | | Business Goods or Services | | | | $173,699.26 |

| Debtor | Continental American Corporation | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Stinson LLP PO Box 843052 Kansas City MO 64184-3052 | | Business Goods or Services | | | | $162,137.39 |
| 15 Glenroy Inc PO Box 534 W158 N9332 Nor-X-Way Menomonee Falls WI 53051 | | Business Goods or Services | | | | $158,394.06 |
| 16 Bennett Packaging PBC PO Box 411145 Kansas City MO 64141-1145 | | Business Goods or Services | | | | $156,021.56 |
| 17 Corrie MacColl N America Inc 150 Boush Street 8th Floor Norfolk VA 23510 | | Business Goods or Services | Unliquidated | | | $152,527.52 |
| 18 TK Innovations Inc PO Box 2792 Kailua Kona HI 96745 | | Business Goods or Services | | | | $121,293.59 |
| 19 Constellation DAL 1221 Lamar Suite 750 Houston TX 77010 | | Business Goods or Services | | | | $121,193.69 |
| 20 CIBC Bank USA 1200 Main St Kansas City MO 64105 | | Unsecured Loan | Unliquidated | | | $112,221.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:    **Continental American Corporation**                    CASE NO

                                                                    CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

        The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/22/2023 _____          Signature   **/s/ Daniel A. Flynn** _____
                                                         ***Daniel A. Flynn***
                                                         ***Chief Executive Officer***

Date _____                      Signature _____

1000Bulbscom
2140 Merritt Dr
Garland TX 75041

American Express
PO Box 650448
Dallas TX 75265-0448

Assured Occupational Solutions
PO Box 783
El Dorado KS 67042

ACC Business
PO Box 5077
Carol Stream IL 60197-5077

Ametek
Box #2751
PO Box 8500
Philadelphia PA 19178

AT & T
PO Box 5019
Carol Stream IL 60197-5019

Acme Dock Specialist Inc
PO Box 414230
Kansas City MO 64141-4230

Anagram International Inc
7700 Anagram Dr
Eden Prairie MN 55344

AT&T Mobility
PO Box 6416
Carol Stream IL 60197-6416

Acquia Inc
PO Box 674660
Dallas TX 75267-4660

Angsana Investments
17A Trevose Crescent
Singapore 298094

Atmos Energy
PO Box 630872
Cincinnati OH 45263

ADT dba Protection One
PO Box 219044
Kansas City MO 64121-9044

Anna K Flynn
1710 N Duckcross Cv
Wichita KS 67206

Avient Corp
Box 223554
Pittsburgh PA 15251-3554

Advanced Sustainable Polymers P
3 Shenton Way
#15-01 Shenton House
Singapore 068805

Anthony Marrone
336 Wings Circle
Sunrise Beach MO 65079

Bearco Inc
PO Box 560731
Dallas TX 75356

Airco Gases Southwest LLC
dba Big 3 Gas and Supply
Allied Welding Welders Warehouse
3880 Irving Blvd
Dallas TX 75247

Aramark Uniform
26792 Network Pl
Chicago IL 60673-1792

Bennett Packaging PBC
PO Box 411145
Kansas City MO 64141-1145

Alecom Metal Works Inc
3301 House Anderson Rd
Euless TX 76040

Armstrong
PO Box 37749
Philadelphia PA 19101-5049

Berry Plastics
PO Box 633485
Cincinnati OH 45263-3485

Alexis J Evans
1747 N Holland Ln
Wichita KS 67212

Arran Leach
8510 E 29th St N
Wichita KS 67226-2216

Bestway International Inc
10502 NW Ambassador Dr Ste 120
Kansas City MO 64153

American Color Technology LLC
908 NW Vesper St
Blue Springs MO 64015

ASI-Advertising Specialty
PO Box 15017
Wilmington DE 19886-5017

Bilwinco
555 Main St
Racine WI 53403

Blue Cross and Blue Shield
1133 SW Topeka Blvd
Topeka KS 66629-0001

Calvary Industries Inc
PO Box 713868
Cincinnati OH 45271-3868

Cirus Water Roaster Joes
8225 W Irving
Wichita KS 67209


Boesen Plumb Elevator Solutions
dba Schindler Elevator Corp
PO Box 93050
Chicago IL 60673-3050

CamSoft Corp
21445 Bundy Canyon Rd
Wildomar CA 92595

CIT Bank NA
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Brecoflex Co LLC
222 Industrial Way W
Eatontown NJ 07724

Capitol Area Energy
14141 W Hwy 290 Bldg 600
Austin TX 78737-9340

Citi Cards
PO Box 78045
Phoenix AZ 85062-8045


Brenntag Mid-South Inc
3796 Reliable Pkwy
Chicago IL 60686

Carte Blanche (Bulldog)
PO Box 500
Chichester PO20 2XZ

City of Dallas Water
City Hall 2D South
Dallas TX 75277


Brenntag Southwest Inc
1520 N Barwise
Wichita KS 67214

CDW Direct LLC
PO Box 75723
Chicago IL 60675-5723

City of El Dorado
220 E 1st  Ave
El Dorado KS 67042


Brown & Brown
BMO-88
PO Box 1414
Minneapolis MN 55480-1414

Central Power Systems & Service
PO Box 877625
Kansas City MO 64187-7625

CK Power
1100 Research Blvd
Saint Louis MO 63132


Bruce Fraser
79-71 Macpherson Street Unit 26
Boston MA 02108

Certified Laboratories
PO Box 971269
Dallas TX 75397-1269

Claris International Inc
5201 Patrick Henry Dr
Santa Clara CA 95054


BSI Group America Inc
Dept CH 19307
Palatine IL 60055-9307

CIBC Bank USA
1200 Main St
Kansas City MO 64105

Cleaver Brooks Sales
1956 Singleton Blvd
Dallas TX 75212


Butler County Treasurer
205 W Central Ave Ste 207
El Dorado KS 67042-2106

CIBC Bank USA
C/O CT Corporation
4400 Easton Commons Way Ste 125
Columbus OH 43219

Clik Clik Systems Inc
218 Hachborn Rd
Brantford ON N35 7W5


C and V Manufacturing
2349 Ft Worth St Ste C
Grand Prairie TX 75050

Cintas First Aid & Safety
PO Box 631025
Cincinnati OH 45263-1025

Cloud Inventory
11101 Switzer Rd Ste 300
Overland Park KS 66210

Cole Parmer Instrument PBC
625 E Bunker Ct
Vernon Hills IL 60061

Cowtown Express Logistics LLC
PO Box 1077
Tyler TX 75710

CT Corporation System
330 N Brand Blvd Ste 700
Glendale CA 91203

Complete Supply Inc
13821 Diplomat Dr
Dallas TX 75234

Cox Communications Kansas LLC
PO Box  650957
Dallas TX 75265

Dale Marsh
12329 Marsh Pointe Road
Sarasota FL 34238

Concord Financial Advisors
C/O Tom Jones
2543 Laurel Ln
Wilmette IL 60091

Creative Balloon Wire
Sino Centre
582-592 Nathan Rd - Rm 804
Kowloon

Dallas Steel Drums Inc
2214 Singleton Blvd
Dallas TX 75212

Concordia Int'l Forwarding Corp
1155 W Devon Ste 600
Itasca IL 60143

Creditsafe USA Inc
PO Box 789985
Philadelphia PA 19178-9985

Daniel A Flynn
1710 N Duckcross Cv
Wichita KS 67206

Constellation DAL
1221 Lamar Suite 750
Houston TX 77010

Crown Lift Trucks
4000 Scientific Dr
Canadian TX 79014

de Elliotte Co Inc
201 Prairie Village Drive
PO Box 10
New Century KS 66031-0010

Constellation New Energy
PO Box 5473
Carol Stream IL 60197

Crusader Chemical Co
2227 Hollins Ferry Rd
Baltimore MD 21230

De Lage Landen Financial Servic
1111 Old Eagle School Rd
Wayne, PA 19087

Conversource
1510 Page Industrial Blvd
Saint Louis MO 63132

Crystal L Stilwell
4431 Salem St
Wichita KS 67220-2310

Dean E Norris Inc
PO Box 47719
Wichita KS 67201

Conwin Carbonic Co
730 Salem St
Glendale CA 91203

CSI Leasing Inc
9990 Old Olive Street Rd
Saint Louis MO 63141

Debra J Davis
8865 E Baseline Rd Apt 1335
Mesa AZ 85209

Corporation Service Company
PO Box 2576
Springfield IL 62708

CSI Leasing Inc
9990 Old Olive Street Road
Saint Louis, MO 63141

Delfina R Adair
119 High St
El Dorado KS 67042-1633

Corrie MacColl N America Inc
150 Boush Street 8th Floor
Norfolk VA 23510

CT Corporation
4400 Easton Commons Way Ste 125
Columbus OH 43219

Dentons US LLP
4520 Main St Ste 1100
Kansas City MO 64111

DFW Landscaping Services
2601 Iroquois St
Dallas TX 75212

Eagle National Steel Ltd
540 Skyline Dr
Hutchins TX 75141

Endflex LLC
4760 NW 128 St
Opa Locka FL 33054


Digital Office Systems
530 S Hydraulic St
Wichita, KS 67211

Eagle Sensors & Controls
2967 Nationwide Pkwy Ste 1
Brunswick OH 44212

ENG USA
dba ENG USA
55 W Monroe St Ste 2575
Chicago IL 60603


Dischem  International Inc
4552 Strausser St  NW
North Canton OH 44720

Eagle Specialty
PO Box 5310
Saint Louis MO 63115-9998

Equipment Depot of Dallas Inc
PO Box 20187
Waco TX 76702-0187


Disney Consumer Products
Bank of America Lockbox Service
PO Box 50735
Los Angeles CA 90012

Earle M Jorgensen Company
75 Remittance Dr Ste 6460
Chicago IL 60675-6460

Estes Express Lines
PO Box 77003
Minneapolis MN 55480-7703


Disney Consumer Products
Bank of America Lockbox Service
File 50735
Los Angeles CA 90012

El Dorado Ace Hardware
609 N Main
El Dorado KS 67042

Evergreen Pallet LLC
CDS Business Services Newtek
500 7th Ave
New York NY 10018


Disney Consumer Products-Canada
500 S Buena Vista St
Burbank CA 91521

El Dorado Correctional Facility
PO Box 311
El Dorado KS 67042-0311

Evergy
PO Box 219089
Kansas City MO 64121-9089


Distributor Central LLC
1200 Energy Center Dr
Gardner KS 66030

Embassy Suites Dallas
2727 N Stemmons Fwy
Dallas TX 75207

Evoqua Water
4800 Northpoint Pkwy Ste 250
Alpharetta GA 30022


Do It
PO Box 592
South Haven MI 49090

Emilys Bubble Plant
5000 E 29th St North
El Dorado KS 67042

Expeditors Int'l  MCI
10749 NW Ambassador Dr
Kansas City MO 64153


Donlevy Litho
PO Box 1298
Wichita KS 67201

Empower
PO Box  755
Boston MA 02117-0755

F H Interamerica LLC
4430 Trade Center Blvd
Laredo TX 78045


Eagle Fluid Power Inc
PO Box 1624
Lees Summit MO 64063

Empower
PO Box 755
Boston MA 02117-0755

Farmer Brother Coffee
PO Box 934237
Atlanta GA 31193

Fastenal
2502 W Central
El Dorado KS 67042

Fujifilm
1101 W Cambridge Circle Dr
Kansas City KS 66110-2914

Green Pasture Lawn & Tree
7766 SW River Valley Rd
Augusta KS 67010

FedEx
PO Box 94515
Palatine IL 60094-4515

Fusionbox
2031 Curtis St
Denver CO 80205

GS1 US
Dept 781271
PO Box 78000
Detroit MI 48278-1271

FedEx Freight East
Dept CH
PO Box 10306
Palatine IL 60055-0306

Gabriel Group
dba Gabriel Group an OSG Co
PO Box 1000
Southeastern PA 19398-1000

GT Midwest
2202 South West Street
Wichita KS 67213

Fernandez Hinojosa
14420 Maquila Loop
International Trade Center
Laredo TX 78045

Gage Machine Tool
10668 Widmer
Lenexa KS 66215

GT Midwest Div of GT Sales
P O Box 755
Wichita KS 67201-0755

Fire Protection Services Inc
1117 N Santa Fe
Wichita KS 67214

Giant Finishing Inc
600 W Factory Rd
Addison IL 60101

GTT Communications Inc
7900 Tysons One Place Ste 1450
McLean VA 22102

First Citizens Bank
21146 Network Pl
Chicago IL 60673-1211

Glenroy Inc
PO Box 534
W158 N9332 Nor-X-Way
Menomonee Falls WI 53051

H Wayne Roberts
43 Balmoral Trail
Bozeman MT 59718

Fisher Scientific
308 Ridgefield Ct
Asheville NC 28806

Global Electronic Services Inc
5325 Palmero Ct
Buford GA 30518

Hartfiel Automation Inc
8017 Flint St
Overland Park KS 66214

Five Star Mechanical Inc
1707 S Hoover Rd
Wichita KS 67209

Global Equipment Co
29833 Network Pl
Chicago IL 60673-1298

Hawk Ridge Systems LLC
575 Clyde Ave Ste 420
Mountain View CA 94043

Fleet Fuels
3337 Hwy 160
Independence KS 67301

Grainger - ELD
1920 South West St
Wichita KS 67213-1108

HCL Technologies Ltd
FAO: Kishan Jaiswal
135 US Hwy 202-206

Forte Products
1601 Airpark Dr
Farmington MO 63640

Grainger DAL
Dept 802414508
PO Box 419267
Kansas City MO 64141-6267

Henry Unger Associates
13867 Sunset Blvd
Pacific Palisades CA 90272

Heubach Ltd                        Inflatable Concepts              Jim Plutt
PO Box 416247                      13350 SW 131 St Unit 106         9622 Yukon Cir S
Boston MA 02241-6247               Miami FL 33186                   Minneapolis MN 55438


Hi Float                           Inflatable Concepts Joint Ventu  Joel Scott
13025 Middletown Industrial Blv    13350 SW 131 St Unit 106         7601 Erie Ave
Louisville KY 40223                Miami FL 33186                   Chanhassen MN 55317


Hillsdale Development              Inflatable Concepts Venture      John Hancock
PO Box 187                        13350 SW 131 St Unit 106          PO Box 7247-0274
Ashland, OH 44805                  Miami FL 33186                   Philadelphia PA 19170-0274


HYG Financial Services Inc         Interamerica Forwarding          Johnson Controls
PO Box 35701                       14420 Maquila Loop               PO Box 371967
Billings, MT 59107                 International Trade Center        Pittsburgh PA 15250-7967
                                   Laredo TX 78045


IBM Corporation KS                 Interflex Laser Engravers        K-Mitch LLC
PO Box 679358                      175 Tradd St                     2900 W 71st St
Dallas TX 75267-9358               Spartanburg SC 29301             Prairie Village KS 66208


IBM Credit LLC                     Internal Revenue Service         Kansas Correctional Industries
One North Castle Drive             PO Box 7346                      PO Box 2
Armonk NY 10504                    Philadelphia PA 19101-7346       Lansing KS 66043


Indigo America Inc                 Intertek Testing Services        Kansas Department of Revenue
5555 Windward Pkwy                 2/F Garmet Centre                Civil Tax Enforcement
Alpharetta GA 30004                576 Castle Peak Rd               PO Box 12005
                                   Kowloon                          Topeka KS 66601-3058


Industrial Crating Inc             iSi (Integrated Solutions)       Kansas Electric Inc
PO Box 248                         215 S Laura                      1420 NW 36th
413 Front St                       Wichita KS 67211                 Newton KS 67114
Saint Paul KS 66771


Industrial Equipment               Jagbir S Dhillon                 Kansas Gas Service
PO Box 14790                       5267 N Rock Spring St            PO Box 219046
Houston TX 77221-4790              Wichita KS 67226                 Kansas City MO 64121-9046


Industrial Repair Service          JHB Investments                  Kellfab Inc
2650 Business Dr                   PO Box 47                        1003 Treetop Trail Dr
Cumming GA 30028                    El Dorado KS 67042               Manchester MO 63021-7720

```
KKSG & Associates Inc            Maxs Breathe Easy            Nancy Hadaway
67 E Wilson Bridge Rd Ste201     622 N Oil Hill Rd            2002 Cedar Ridge Pl
Columbus OH 43085                El Dorado KS 67042           The Villages FL 32162-7716


Kyle Bayliff                     McMaster Carr Supply         Nolan Collins
14100 E Sport of Kings Street    PO Box 7690                  6406 E 11th Street N
Wichita KS 67230                 Chicago IL 60680-7690        Wichita KS 67206


Lease Finance Partners Inc       Midwest Single Source Inc    Norma Roberts
4825 E Douglas Ste 400           PO Box 49380                 43 Balmoral Trail
Wichita KS 67218                 Wichita KS 67201-9380        Bozeman MT 59718


Lease Finance Partners Inc       Mine Safety Appliances Co LLC  Nortech Graphics Inc
PO Box 20140                     1000 Cranberry Woods Dr        14950 Industrial Park Dr
Wichita, KS 67208-1140           Cranberry Township PA 16066    Lead Hill AR 72644


Liberty Pallets                  MKM Janitorial Services LLC  Northstar Balloons
dba Liberty Pallets Service      2108 Blossom Ln              17100 Medina Rd Ste 800
PO Box 540353                    Richardson TX 75081          Minneapolis MN 55447
Dallas TX 75354


Liberty Ribbon & Packaging LLC   Mobile Mini Inc              Northstar Balloons
PO Box  2480                     PO Box 79149                 17100 Medina Road Suite 800
1970 Old Cuthbert Rd #220        Phoenix AZ 85062-9149        Plymouth MN 55317
Cherry Hill NJ 08034


Linde Gas & Equipment Inc        Morris Packaging MN LLC      Northwestern Mutual
dba Praxair                      17100 Medina Rd Ste 800      PO Box 3009
PO Box 120812 Dept 0812          Minneapolis MN 55447         Milwaukee WI 53201-3009
Dallas TX 75312-0812


Marvel Entertainment             MSC Industrial Supply Co     OEC Graphics
500 S Buena Vista St             28551 Laura Court            7630 S Quincy St
Burbank CA 91521                 Elkhart IN 46517-1179        Willowbrook IL 60527


Mary Hinsperger                  Mutual of Omaha              Old Dominion
5 Emerald Dr                     Payment Processing Ctr       PO Box 841324
Eustis FL 32726                  PO Box 2147                  Dallas TX 75284-1324
                                 Omaha NE 68103-2147


Matheson Tri-Gas Inc             NACM North Central           Omya Specialty Materials Inc
Dept 3028                        8441 Wayzata Blvd Ste 270    4605 Duke Dr Ste 700
PO Box 123028                    Minneapolis MN 55426         Mason OH 45040
Dallas TX 75312
```

Online Labels LLC
2021 E Lake Mary Blvd
Sanford FL 32773

Phifer Wire Products
PO Box 945823
Atlanta GA 30394-5823

PromoCornercom
PO Box 505
Middleboro MA 02346-0505

Oracle America
PO Box 203448
Dallas TX 75320-3448

Pioneer Automation Technologies
1220 N Haverhill Rd
El Dorado KS 67042

Public Works & Utilities
PO Box 2922
Wichita KS 67201-2922

Orkin
3601 NE Loop 820 Ste 100
Fort Worth TX 76137

Pioneer Automation Technologies
1220 N Haverhill Rd
El Dorado, KS 67042

Publication Printers Corp
2001 S Platte River Dr
Denver CO 80223

Orkin Pest Control
1555 E 2nd St N
Wichita KS 67214-4121

Pioneer National Latex Inc
5000 E 29th St North
Wichita KS 67220

Pure Water Partners LLC
PO Box 24445
Seattle WA 98124-0445

Orpalis
A PSPDFKit Co
Le Verdi 52 rue de Marclan
Muret France 31600

Pitney Bowes Global Financial S
PO Box 981022
Boston, MA 02298

Purvis Bearing Service
PO Box 540757
Dallas TX 75354-0757

Overhead Door Co
1901 E 119th St
Olathe KS 66061

Plan Tech Inc
7031 Shaker Rd Box J
Loudon NH 03307

Pye Barker Fire & Safety LLC
PO Box 714812
Cincinnati OH 45271-4812

Packaged Systems Inc
PO Box 195787
Dallas TX 75219-5787

Polymount US LLC
126 W Bledsoe Rd
Newnan GA 30265

Quadient Finance
dba Neofunds Total Funds
PO Box 6813
Carol Stream IL 60197-6813

Page Boiler Inc
PO Box 605
Nevada TX 75173

Premium Balloon
6935 Ridge Rd
PO Box 352
Sharon Center OH 44274-0352

Quality Compressor Mgmnt Inc
c/o SS Brown Funding Inc
PO Box 1267
Mansfield TX 76063

Palimoda Properties LLC
PO Box 3414
Easton PA 18043-3414

Prime Molding Technologies Inc
3765 Investment Ln
West Palm Beach FL 33404

Quality Extrusion Inc
1904 Willow St
Mankato MN 56001

Penske Truck Leasing Co LP
PO Box 802577
Chicago IL 60680-2577

ProActive Work Health Services
3141 Irving Blvd Ste 220
Dallas TX 75247

R & B Leasing
14631 SW Clover Ln
Rose Hill KS 67133

R + L Carriers
PO Box 10020
Port William OH 45164-2000

Rodriguez Printing
PO Box 224022
Dallas TX 75222

Service Corporation of NACM
8840 Columbia 100 Parkway
Columbia MD 21045

R + L Truckload Services
BOA Lockbox 74008195
Chicago IL 60674-8195

Ronald E Prater
dba PDC
16245 41st Ave NE
Seattle WA 98155

Shred-it Wichita
28883 Network Pl
Chicago IL 60673-1288

Radwell International Inc
1 Millennium Dr
Willingboro NJ 08046-1000

Roto-Die Co Inc
800 Howerton Ln
Eureka MO 63025

Silva Itamar
PioneerBalloon-South America Sa
Rua Schilling 413 cj 301
Brattleboro VT 05302-001

Ramco Innovations Inc
1207 Maple St
West Des Moines IA 50265

RS Americas Inc
dba RS
7151 Jack Newell Blvd S
Fort Worth TX 76118

Sirius Computer Solutions Inc
PO Box 911485
Dallas TX 75391-1485

Randy Smith
1306 SW Logos Dr
Lees Summit MO 64081-2304

Rudolph Bros & Co
6550 Oley Speaks Way
Canal Winchester OH 43110

Skarda Equipment Co
PO Box 3568
Omaha NE 68103

ReadyRefresh by Nestle
a Div of Nestle Waters N Americ
PO Box 856192
Louisville KY 40285-6192

Russell A Farrow
PO Box 441364
Detroit MI 48244-1364

SmarterCommerce
11455 SW 40th St Ste 144
Miami FL 33165

Renne Fink
4106 Gloria Lane
Bethlehem PA 18017

Safety-Kleen Corp
PO Box 975201
Dallas TX 75397

Soo Chin Goo
70 BK 5/12 Bandar Kinrara
Puchong
Selangor 47180
Malaysia

Renne Fink
3005 Brodhead Rd Ste 293
Bethlehem PA 18017

SAGE
16301 Quorum Drive
Addison TX 75001

Southwest Engineers
PO Box 2499
Slidell LA 70459

Review Studio Inc
3 Place Ville Marie Ste 400
Montreal H3B 2E3

Sams Club
PO Box 530981
Atlanta GA 30353-0981

Spectra Colorants
228 Industrial Park Rd
Union SC 29379

Road Runner Recycling Inc
PO Box 6011
Hermitage PA 16148

Security Life of Denver
5627 Innovation Way
Chicago IL 60682-0056

Spectrum
PO Box 60074
City of Industry CA 91716-0074

SPS Commerce
PO Box 205782
Dallas TX 75320-5782

Sunrise Oilfield Supply
PO Box 3423
Wichita KS 67201

Teladoc Inc
PO Box 24004
New York NY 10087-4004

SPX Flow US LLC
PO Box 277886
Atlanta GA 30384

Susan Bastin Facklam
950 Fontana Lane
Linn Creek MO 65052

Thampi P M
2 B Marthas Place 5th Cross
5B Lavelle Road
Bangalore 560 001

Stanley D Weir
14514 W Sheriac Cir
Wichita KS 67235

Susan D Dhillon
5267 N Rock Spring St
Wichita KS 67226

The Balloon Council
c/o Daniel A Flynn
Pioneer Balloon Company
5000 E 29th Street N
Wichita KS 67220

Staples Advantage
PO Box 660409
Dallas TX 75266-0409

Takara Kosan Co Ltd
3/F Farmstone Building
5-27-4 OMORI-NISHI
Tokyo 143-0015

The Kish Company Inc
PO Box 76158
Cleveland OH 44101-4755

Stinson LLP
PO Box 843052
Kansas City MO 64184-3052

Takara Kosan Co Ltd
3F/Farmstone Building
5-27-4 OMORI-NISHI
Tokyo 143-0015

Theodore William Vlamis
5230 E 29th St N
Wichita KS 67220

Stuart Hose and Pipe Co
2621 Irving Blvd
Dallas TX 75207

Team Viewer
PO Box 743135
Atlanta GA 30374

Theresa Stokes
dba Balloon Lady Houston
2814 Hazy Hillside Ct
Kingwood TX 77345-2222

Studio Pets
Aalsmeerderweg 28-1
Aalsmeer 1432CN

Technical Products Inc
3500 Ridge Road
Cleveland OH 44102

Tiarco
PO Box 281995
Atlanta GA 30384

Sudpack
Jagerstrabe 23
Ochsenhausen 88416

Ted A Vlamis
901 Tara Ln
Wichita KS 67206

Tim A Vlamis
8315 NW Hillside Drive
Kansas City MO 64152

Sun Chemical
5000 Spring Grove Ave
Cincinnati OH 45232

Ted and Betty Vlamis
5000 E 29th St North
Wichita KS 67220

Titan HQ
c/o Copperfasten Technologies
1st Fl Mazars Pl
Salthill G H91 YFC2

Sunbelt Material Handling
1617 Terre Colony Ct
Dallas TX 75212

Ted J Vlamis
6 N Brookfield Rd
Wichita KS 67206-2005

TK Innovations Inc
PO Box 2792
Kailua Kona HI 96745

Toray Plastics
Lockbox Operations #654034
Dallas TX 75265-4034

United Testing Systems
40 McCullough Dr
New Castle DE 19720

Veeam Payment Solutions
2330 I-30
Mesquite, TX 75150

ToTex Corporation
International Division
Fujibiru Shintoshinkan 4F

Univar USA Inc
62190 Collections Center Dr
Chicago IL 60693

Verizon Wireless
PO Box 16810
Newark NJ 07101-6810

Transamerica Life Ins Co
PO Box 653009
Dallas TX 75265-3009

Univar USA Inc - ELD
62190 Collections Center Dr
Chicago IL 60693

Verizon Wireless
500 Technology Dr #550
Saint Charles MO 63304-2225

Tru-B-Loons and Party Decor LLC
dba Tru-B-Loons Event and Party
18113 Kitchen House Ct
Germantown MD 20874

UPS Supply Chain Sol Inc
PO Box 730900
Dallas TX 75373-0900

VFI ABS 2022-1 LLC
2800 East Cottonwood Parkway 2nd
Salt Lake City UT 84121

TUV SUD
Shanghai Branch
No 1999 Du Hui Rd
Shanghai 20118

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202

VFI KR SPE I LLC
2800 East Cottonwood Parkway 2nd
Salt Lake City UT 84121

Uline Shipping Supply
PO Box 88741
Chicago IL 60680-1741

US Department of Agriculture
Office of the General Counsel
PO Box 419205
Mail Stop 1401
Kansas City MO 64141-6205

VFI KR SPE I LLC
2800 East Cottonwood Parkway 2nd
Salt Lake City, UT 84121

Underground Vaults & Storage
PO Box 1723
Hutchinson KS 67504-1723

US Road Freight Express Inc
PO Box 9070
Wichita KS 67277-0070

Viacom International Inc
1515 Broadway
New York, NY 10036

UniFirst Corp
PO Box 650481
Dallas TX 75265-0481

US Small Business Administratio
District Counsel
10675 Bedford Ave Ste 100
Omaha NE 68127

Viacom Media Networks
1515 Broadway
New York NY 10036

United Parcel Service
PO Box 809488
Chicago IL 60680-9488

Varilease Finance Inc EFT
2800 E Cottonwood Pkwy 2nd Fl
Salt Lake City UT 84121

Videojet Technologies Inc
12113 Collection Center Dr
Chicago IL 60693

United States Plastic Corp
1390 Neubrecht Rd
Lima OH 45801

Veeam Payment Solutions
2330 I-30
Mesquite TX 75150

Vlamis Enterprises LLC
5000 E 29th St North
Wichita KS 67220

Vlamis Enterprises Wichita LLC        World Trade Council of Wichita
5000 E 29th St North                  CIBA Barton School of Business
Wichita KS 67220                      WSU Clinton Hall 034
                                      Wichita KS 67260-0088


W D Cleaning Inc                      X-Rite Inc
501 E 69th St N                       Lockbox 62750
Wichita KS 67219                      62750 Collection Center Dr
                                      Chicago IL 60693-0627


Waste Connections                     Younkin Logistics
Lone Star Inc                         PO Box  325
PO Box 679859                         Ashland OH 44805
Dallas TX 75267-9859


Wells Fargo Bank NA
300 Tri State International Ste
Lincolnshire, IL 60069


Wells Fargo Equipment Finance
Equipment and Vendor Finance
PO Box 77101
Minneapolis MN 55480


WEX Health Inc
PO Box 9528
Fargo ND 58106-9528


White Oak Commercial Finance LL
1155 Avenue of the Americas
New York NY 10036


Wichita Chapter of NACM
200 S Ridge Road
Hesston KS 67062


Wichita Shredding LLC
1930 N Ohio
Wichita KS 67214


Windmoeller and Hoelscher
23 New England Way
Lincoln RI 02865

IN RE:                                                           CHAPTER   **11**

**Continental American Corporation**


DEBTOR(S)                                                        CASE NO

# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Corrie MacColl Holdings, Inc. | Class A Preferred | 3,000 | Non Voting |
| Mary E Vlamis Irrevocable Trust 2 | Class B | 812,177 | Non Voting |
| Mary E Vlamis Irrevocable Trust 3 | Class B | 1,360,569 | Non Voting |
| Mary Elizabeth Vlamis Revocable Trust | Class A / Class B | 51,163 / 2,776,091 | Voting / Non Voting |
| Takara Kosan Co., Ltd | Class A / Class B | 5,386 / 520,930 | Voting / Non Voting |
| Theodore A. Vlamis Irrevocable Trust 2 | Class B | 812,177 | Non Voting |
| Theodore A. Vlamis Irrevocable Trust 3 | Class B | 1,360,569 | Non Voting |
| Theodore A. Vlamis Revocable Trust | Class A / Class B | 51,163 / 2,776,091 | Voting / Non Voting |
| Vlamis Enterprises Wichita, LLC | Class B Preferred | 5,733 | Non Voting |
| Vlamis Enterprises, LLC | Class B Preferred | 3,205 | Non Voting |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Chief Executive Officer** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: **9/22/2023** _____      Signature: **/s/ Daniel A. Flynn** _____

                                        *Daniel A. Flynn*
                                        **Chief Executive Officer**