UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| IN RE:<br><br>CONTINENTAL AMERICAN CORPORATION<br><br>DEBTOR. | **JOINTLY ADMINISTERED**<br><br>Case No. 23-10938-MLH   **LEAD CASE**<br>Chapter 11 |
|---|---|
| IN RE:<br><br>PIONEER NATIONAL LATEX, INC.<br><br>DEBTOR. | Case No. 23-10939-MLH<br>Chapter 11 |

### NOTICE OF CHANGE OF ADDRESS

The Debtor(s) hereby enter the following change of address for:

☒ CREDITOR    ☐ DEBTOR

| Old Address Information:<br><br>Evoqua Water<br>4800 Northpoint Pkwy Ste 250<br>Alpharetta GA 30022-3807 |
|---|
| New Address Information:<br><br>Evoqua Water Technologies LLC<br>c/o CST Co<br>PO Box 33127<br>Louisville KY 40232 |

Dated:   July 22, 2024

PRELLE ERON & BAILEY, P.A.
Attorney for Debtor(s)

 /s/ *David Prelle Eron*
DAVID PRELLE ERON, #23429
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net