# UNITED STATES BANKRUPTCY COURT
## Wichita DISTRICT OF Kansas

| | |
|---|---|
| In Re. Continental American Corporation dba Pioneer Balloon Company | Case No. 23-10938 |
| Debtor(s) | Lead Case No. 23-10938 |
| | ☒ Jointly Administered |

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 12/31/2024  
Petition Date: 09/22/2023

Months Pending: 16  
Industry Classification: 3 2 6 2

Reporting Method: Accrual Basis ●    Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 341

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel Flynn  
Signature of Responsible Party

Daniel Flynn  
Printed Name of Responsible Party

03/10/2025  
Date

1710 N. Duckcross Cove, Wichita, KS 67206  
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| | Debtor's Name | Continental American Corporation dba Pioneer Balloon Company | | Case No. | 23-10938 |
|---|---|---|---|---|---|

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $211 | |
| b. | Total receipts (net of transfers between accounts) | $4,748 | $36,995,178 |
| c. | Total disbursements (net of transfers between accounts) | $57 | $39,759,043 |
| d. | Cash balance end of month (a+b-c) | $4,902 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $57 | $39,759,043 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ⦿  Market ○  Other ○  (attach explanation)) | $0 |
| d | Total current assets | $4,902 |
| e. | Total assets | $4,902 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $4,951,310 |
| l. | Prepetition priority debt | $5,252,667 |
| m. | Prepetition unsecured debt | $18,046,618 |
| n. | Total liabilities (debt) (j+k+l+m) | $28,250,595 |
| o. | Ending equity/net worth (e-n) | $-28,245,693 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $175,000 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $175,000 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $5 | |
| f. | Other expenses | $52 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $-12,288,130 |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name: Continental American Corporation dba Pioneer Balloon Company    Case No. 23-10938

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $791,278 | $0 | $620,624 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Aurora | Financial Professional | $0 | $556,917 | $0 | $362,371 |
| ii | Prelle Eron & Bailey PA | Lead Counsel | $0 | $234,361 | $0 | $258,253 |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Case 23-10938    Doc# 578    Filed 03/10/25    Page 3 of 20

UST Form 11-MOR (12/01/2021)    3

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name: Continental American Corporation dba Pioneer Balloon Company    Case No. 23-10938

|    |    |    |    |    |    |    |
|----|----|----|----|----|----|----|
| lxxix |  |  |  |  |  |  |
| lxxx |  |  |  |  |  |  |
| lxxxi |  |  |  |  |  |  |
| lxxxii |  |  |  |  |  |  |
| lxxxii |  |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |  |
| lxxxv |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxix |  |  |  |  |  |  |
| xc |  |  |  |  |  |  |
| xci |  |  |  |  |  |  |
| xcii |  |  |  |  |  |  |
| xciii |  |  |  |  |  |  |
| xciv |  |  |  |  |  |  |
| xcv |  |  |  |  |  |  |
| xcvi |  |  |  |  |  |  |
| xcvii |  |  |  |  |  |  |
| xcviii |  |  |  |  |  |  |
| xcix |  |  |  |  |  |  |
| c |  |  |  |  |  |  |
| ci |  |  |  |  |  |  |

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $301,094 | $0 | $243,142 |
|   | *Itemized Breakdown by Firm* | | | | | | |
|   |   | Firm Name | Role | | | | |
|   | i | Stinson LLP | Special Counsel | $0 | $46,660 | $0 | $41,678 |
|   | ii | Forvis | Financial Professional | $0 | $52,865 | $0 | $64,410 |
|   | iii | B. Riley Advisory Svcs | Financial Professional | $0 | $117,120 | $0 | $82,661 |
|   | iv | Sandberg Phoenix (UCC) | Special Counsel | $0 | $75,333 | $0 | $45,277 |
|   | v | Allen Gibbs & Houlik LC | Financial Professional | $0 | $8,414 | $0 | $8,414 |
|   | vi | Morris Laing | Special Counsel | $0 | $702 | $0 | $702 |
|   | vii |  |  |  |  |  |  |
|   | viii |  |  |  |  |  |  |
|   | ix |  |  |  |  |  |  |
|   | x |  |  |  |  |  |  |
|   | xi |  |  |  |  |  |  |
|   | xii |  |  |  |  |  |  |
|   | xiii |  |  |  |  |  |  |
|   | xiv |  |  |  |  |  |  |

Case 23-10938    Doc# 578    Filed 03/10/25    Page 5 of 20

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| Debtor's Name | Continental American Corporation dba Pioneer Balloon Company | | | Case No. | 23-10938 |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Case 23-10938    Doc# 578    Filed 03/10/25    Page 7 of 20

Debtor's Name: Continental American Corporation dba Pioneer Balloon Company    Case No. 23-10938

|    |      |   |   |   |   |   |   |
|----|------|---|---|---|---|---|---|
|    | xcix |   |   |   |   |   |   |
|    | c    |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $2,409,901 |
| d. Postpetition employer payroll taxes paid | $0 | $2,409,901 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ○ No ⦿ | *2023 Income tax return not filed |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿ No ○ N/A ○ | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ⦿ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○ No ⦿ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ⦿ | (if no, see Instructions) |
| | General liability insurance? | Yes ○ No ⦿ | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ⦿ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ⦿ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ No ○ | |

| Debtor's Name | Continental American Corporation dba Pioneer Balloon Company | Case No. 23-10938 |
|---|---|---|

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Daniel Flynn | Daniel Flynn |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Executive Officer | 03/10/2025 |
| Title | Date |

Debtor's Name Continental American Corporation dba Pioneer Balloon Company　　　Case No. 23-10938


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Case 23-10938　　Doc# 578　　Filed 03/10/25　　Page 10 of 20
UST Form 11-MOR (12/01/2021)　　　　10

Debtor's Name  Continental American Corporation dba Pioneer Balloon Company    Case No. 23-10938


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Case 23-10938    Doc# 578    Filed 03/10/25    Page 11 of 20
UST Form 11-MOR (12/01/2021)                11

Debtor's Name  Continental American Corporation dba Pioneer Balloon Company  Case No. 23-10938


PageThree


PageFour



Simmons Bank. MEMBER FDIC | 866.246.2400

```
                                  Date 12/31/24           Page     1
                                  Primary Account   XXXXXXXXXXXX6113
                                  Enclosures                      1
```

Continental American Corp
DBA Pioneer Balloon Co
PO Box 9448
Wichita KS 67277-0448

### CHECKING ACCOUNTS

```
Business Core Checking                Number of Enclosures               1
Account Number       XXXXXXXXXXXX6113 Statement Dates  12/02/24 thru 12/31/24
Previous Balance              211.23  Days in the statement period       30
     1 Deposits/Credits     4,747.60  Average Ledger              3,326.06
     1 Checks/Debits           51.96  Average Collected           3,167.81
Service Charge                  5.00
Interest Paid                    .00
Current Balance             4,901.87
```

|                        | Total For This Period | Total Year-to-Date |
|------------------------|----------------------:|-------------------:|
| Total Overdraft Fees   | $.00                  | $72.00             |
| Total Return Item Fees | $.00                  | $.00               |

**Service Charge Breakdown**

| Date  | Description        | Amount |
|-------|--------------------|-------:|
| 12/31 | Service Charge Fee | 5.00   |

**Deposits and Additions**

| Date  | Description | Amount   |
|-------|-------------|---------:|
| 12/12 | Deposit     | 4,747.60 |

**Checks and Withdrawals**

| Date  | Description                              | Amount |
|-------|------------------------------------------|-------:|
| 12/03 | tax fund   PAYCOR INC.  262909674760494  | 51.96- |
| 12/31 | Service Charge                           | 5.00-  |

**Daily Balance Information**

| Date  | Balance | Date  | Balance  |
|-------|--------:|-------|---------:|
| 12/02 | 211.23  | 12/12 | 4,906.87 |
| 12/03 | 159.27  | 12/31 | 4,901.87 |

```
          Thank you for banking with Simmons Bank.
************************    END OF STATEMENT    ****************************
```

Case 23-10938    Doc# 578    Filed 03/10/25    Page 13 of 20

**Credit**

Bank: SIMMONS BANK
Branch #: 110
Branch Name: KS Wichita East
Teller ID: B09K111146
Drawer #: 1464
Trans #: 21
Misc: Trn Deposits,Inst AMERICAN

**Virtual DDA Deposit**

Date/Time: 12/12/2024 2:53 PM
Workstation: DCZ8L9T2
HIN #: 911228400000056
Owner: Continental American Corp

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5001-0120 | 137706113 | 20 | $4,747.60 |

Deposit  Date: 12/12  Amount: $4,747.60



**Independent Licensees of the Blue Cross and Blue Shield Association**

REMITTANCE ADVICE

BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.
P.O. BOX 239    TOPEKA, KANSAS  66601-0239

GROUP OR INSURED NAME: PIONEER BALLOON COMPANY

PIONEER BALLOON COMPANY
5000 E 29TH ST N
WICHITA    KS    67220

GROUP NUMBER: 96330
CERTIFICATE : 000000000
CHECK NUMBER: 342560012    0
DATE ISSUED : 09/12/24
CHECK AMOUNT: $    1,595.45

## REMITTANCE DETAIL

| CERTIFICATE NUMBER | INSURED NAME | CREATION DATE | REFUND FROM | PERIOD TO | TRAN NUMBER | REFUND AMOUNT |
|---|---|---|---|---|---|---|
| 000000000000 | GROUP REFUND | 09/12/24 | 09/01/24 | 10/31/24 | 99999 | 1595.45 |
| 810138108 RANDY SMITH CANCELLED 05/31/2024. CREDIT OF UNUSED PREMIUMS. | | | | | | 1595.45 |
| SUBTOTAL: | | | | | | |
| | | TOTAL AMOUNT OF REFUND CHECK NO. 342560012 | | | 0 : $ | 1595.45 |

THE FACE OF THIS DOCUMENT CONTAINS A VOID PANTOGRAPH AND MICROPRINTING.



**BlueCross BlueShield of Kansas Inc.**
An Independent Licensee of the
Blue Cross and Blue Shield Association

1133 S.W. Topeka Boulevard
Topeka, Kansas 66629-0001

NO. 32564824 4

342560012

83-1481
1011

DATE

AMOUNT

SEPTEMBER 12, 2024

******1595.45

PAY TO THE ORDER OF

PIONEER BALLOON COMPANY
5000 E 29TH ST N
WICHITA KS 67220

34-733 (8/03)

⑆325648244⑈ ⑆101④④④④48⑆⑈: 40⑈ ⑆④④④1 ⑈⑈

Case 23-10938   Doc# 578   Filed 03/10/25   Page 16 of 20



September 10, 2024

Continental American Corporation
Attn: Kyle Bayliff
5000 East 29th Street
Wichita, KS 67220

Enclosed please find a refund check in the amount of $105.63 due to your company for overpayment on the following:

| LEASE# | INVOICE# | INVOICE DATE | AMOUNT | REASON FOR REFUND |
|---|---|---|---|---|
| 301047-003 | NR00021820 | Sept 2, 2023 | 105.63 | Overpayment |

If you have any questions, feel free to contact me directly at 314-810-8893.

Sincerely,

*Debi Viehman*

Debi Viehman
A/R Cash Application

Encl

CSI LEASING, INC.
9990 Old Olive Street Road, Suite 101
Saint Louis, Missouri 63141
tel 314.997.7010
fax 314.997.0212
800.955.0960
www.csileasing.com

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

Regions Bank
61-373
622

# CSI LEASING

9990 Old Olive Street Road
Saint Louis, Missouri 63141-5904
314.997.7010

00665956

Pay

One Hundred Five Dollars And 63 Cents

**DATE** Sep 10, 2024

**AMOUNT** $105.63

to the Order of:

CONTINENTAL AMERICAN CORPORATION
ATTN: KYLE BAYLIFF
5000 EAST 29TH STREET
WICHITA, KS 67220

CSI LEASING, INC.

*Laura M. Bilenski* MP

⑀00665956⑀ ⑈062203735⑉ 025039174 7⑀

**CSI Leasing, Inc.**

Check Number: 00665956
Date: 09/10/2024

Vendor Id: CONT010    Vendor Name: CONTINENTAL AMERICAN CO

| Invoice Number | Date | Distribution Reference | Description | Paid Amount |
|---|---|---|---|---|
| NR00021820 DV | 09/01/2024 | 301047-003 OVERPAYMENT | 301047-003 OVERPAY | $105.63 |

Shipping Method

TOTAL: $105.63

ENDORSE HERE:

X _____ MP

_____ MP

_____ MP

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
MicroPrint

Security Screen

Padlock Icon

Results of document alteration:
· Endorsement MicroPrint (MP) Signature Lines - Small type appears as dotted line when photocopied.
· Absence or modification of "Original Document" screen on back of check.
· Absence of padlock icon.

® Padlock design is a certification mark of Check Payment Systems Association



Underwritten by
United of Omaha Life Insurance Company
A Mutual of Omaha Company
3300 Mutual of Omaha Plaza | Omaha, NE 68175

0044
REGFR

SGLL_S241128972202000036



CONTINENTAL AMERICAN CORPORATI
BENEFIT ADMINISTRATOR
5000 E 29TH ST N
WICHITA KS    67220

| CHECK NO. | CHECK DATE | PAYEE NO. | PAYEE NAME | CHECK AMOUNT |
|---|---|---|---|---|
| 0024743623 | 11/27/2024 | 0000000009 | CONTINENTAL AMERICAN CORPORATI | $3,046.52 |

| DESCRIPTION | VOUCHER | AMOUNT |
|---|---|---|
| 0333751<br><br>INQUIRIES PLEASE CALL 1-800-369-3809<br>OUR RECORDS INDICATE YOUR POLICY HAS CANCELLED<br>THIS AMOUNT IS BEING REFUNDED TO YOU BECAUSE<br>YOU HAVE OVERPAID PREMIUMS ON YOUR ACCOUNT | 12885793 | 3,046.52 |

REGFR

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW



Underwritten by
United of Omaha Life Insurance Company
A Mutual of Omaha Company
3300 Mutual of Omaha Plaza | Omaha, NE 68175

DATE
11/27/2024

CHECK NUMBER
0024743623

93-455
929

US BANK, N.A. (HAVRE)
ST PAUL MN

SGLL_S241128972202000036
0101000000000000001

PAY: THREE THOUSAND FORTY SIX AND 52/100 DOLLARS                     $3,046.52

Void After 180 Days

TO THE
ORDER
OF

CONTINENTAL AMERICAN CORPORATI

*Leona Fortis*



⑆0024743623⑆ ⑉091290455⑉ ⑈150047000338⑈