# UNITED STATES BANKRUPTCY COURT

<u>Wichita</u> DISTRICT OF <u>Kansas</u>

---

In Re. Continental American Corporation dba Pioneer
Balloon Company

§
§
§
§

_____
Debtor(s)

Case No. 23-10938

Lead Case No. 23-10938

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2025

Petition Date: 09/22/2023

Months Pending: 19

Industry Classification: | 3 | 2 | 6 | 2 |

Reporting Method:       Accrual Basis ◉        Cash Basis ○

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):    341

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel Flynn
_____
Signature of Responsible Party

Daniel Flynn
_____
Printed Name of Responsible Party

04/28/2025
_____
Date

1710 N. Duckcross Cove, Wichita, KS 67206
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

1

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $64,398 | |
| b. Total receipts (net of transfers between accounts) | $550,000 | $37,604,684 |
| c. Total disbursements (net of transfers between accounts) | $500,010 | $40,259,063 |
| d. Cash balance end of month (a+b-c) | $114,388 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $500,010 | $40,259,063 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿  Market ◯  Other ◯   (attach explanation)) | $0 |
| d  Total current assets | $114,388 |
| e. Total assets | $114,388 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $4,951,310 |
| l. Prepetition priority debt | $5,252,667 |
| m. Prepetition unsecured debt | $18,046,618 |
| n. Total liabilities (debt) (j+k+l+m) | $28,250,595 |
| o. Ending equity/net worth (e-n) | $-28,136,207 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $550,000 | $748,032 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $550,000 | $748,032 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $550,000 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $550,000 | |
| d. Selling expenses | $4,000 | |
| e. General and administrative expenses | $10 | |
| f. Other expenses | $496,000 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $49,990 | $-12,178,644 |

UST Form 11-MOR (12/01/2021)      2

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $791,278 | $0 | $620,624 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
|  | i | Aurora | Financial Professional | $0 | $556,917 | $0 | $362,371 |
|  | ii | Prelle Eron & Bailey PA | Lead Counsel | $0 | $234,361 | $0 | $258,253 |
|  | iii | | | | | | |
|  | iv | | | | | | |
|  | v | | | | | | |
|  | vi | | | | | | |
|  | vii | | | | | | |
|  | viii | | | | | | |
|  | ix | | | | | | |
|  | x | | | | | | |
|  | xi | | | | | | |
|  | xii | | | | | | |
|  | xiii | | | | | | |
|  | xiv | | | | | | |
|  | xv | | | | | | |
|  | xvi | | | | | | |
|  | xvii | | | | | | |
|  | xviii | | | | | | |
|  | xix | | | | | | |
|  | xx | | | | | | |
|  | xxi | | | | | | |
|  | xxii | | | | | | |
|  | xxiii | | | | | | |
|  | xxiv | | | | | | |
|  | xxv | | | | | | |
|  | xxvi | | | | | | |
|  | xxvii | | | | | | |
|  | xxviii | | | | | | |
|  | xxix | | | | | | |
|  | xxx | | | | | | |
|  | xxxi | | | | | | |
|  | xxxii | | | | | | |
|  | xxxiii | | | | | | |
|  | xxxiv | | | | | | |
|  | xxxv | | | | | | |
|  | xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $2,996 | $304,090 | $0 | $243,142 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Stinson LLP | Special Counsel | $0 | $46,660 | $0 | $41,678 |
| ii | Forvis | Financial Professional | $0 | $52,865 | $0 | $64,410 |
| iii | B. Riley Advisory Svcs | Financial Professional | $0 | $117,120 | $0 | $82,661 |
| iv | Sandberg Phoenix (UCC) | Special Counsel | $2,996 | $78,328 | $0 | $45,277 |
| v | Allen Gibbs & Houlik LC | Financial Professional | $0 | $8,414 | $0 | $8,414 |
| vi | Morris Laing | Special Counsel | $0 | $702 | $0 | $702 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

### Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $2,409,901 |
| d. | Postpetition employer payroll taxes paid | $0 | $2,409,901 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ○  No ◉ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◉  No ○  N/A ○ |
| i. | Do you have:  Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ◉ |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ◉ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○  No ◉ |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Daniel Flynn

Signature of Responsible Party

Chief Executive Officer

Title

Daniel Flynn

Printed Name of Responsible Party

04/28/2025

Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)



PageThree



PageFour


**Simmons Bank.**
MEMBER FDIC | 866.246.2400

Continental American Corp
DBA Pioneer Balloon Co
PO Box 9448
Wichita KS 67277-0448

## CHECKING ACCOUNTS

**NOTICE OF CHANGE IN TERMS: Important changes to your Simmons Bank Deposit
Account are disclosed with the statement. These changes are effective 07/01/25
Enclosed are a Notice of Changes to Your Account Terms, summary of the changes,
and amendments to the funds availability disclosure and Specific Account
Details disclosure.**

| Business Core Checking | | Number of Enclosures | 1 |
|---|---|---|---|
| Account Number | XXXXXXXXXXXX6113 | Statement Dates   3/03/25 thru  3/31/25 | |
| Previous Balance | 41,365.74 | Days in the statement period | 29 |
| 1 Deposits/Credits | 746.37 | Average Ledger | 41,674.58 |
| 1 Checks/Debits | 746.37 | Average Collected | 41,648.84 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 41,365.74 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 3/19 | Deposit | 746.37 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 3/31 | Bill Paid-BLUE CROSS BLUE SHIE | 746.37- |
| | LD KANSAS Conf #1 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 41,365.74 | 3/19 | 42,112.11 | 3/31 | 41,365.74 |

**Thank you for banking with Simmons Bank.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  **END OF STATEMENT**  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*This $746.37 in/out of bank statement for March 2025
is not included in receipts or disbursements calculation,
as this was a mistake due to BCBS writing check to
incorrect recipient.

## Credit

**Bank:** SIMMONS BANK
**Branch #:** 110
**Branch Name:** KS Wichita East
**Teller ID:** B09A112324
**Drawer #:** 1464
**Trans #:** 6
**Misc:** Trn Deposits,Inst pioneer balloon

## Virtual DDA Deposit

**Date/Time:** 3/19/2025  10:22 AM
**Workstation:** DCZ8L9T2
**HIN #:** 92092840000011
**Owner:** Continental American Corp

---

**SUBSTITUTE IMAGE / VIRTUAL DOCUMENT**

---

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|-----------|-----|---------|-------|--------|
| | 5001-0120 | 137706113 | 20 | $746.37 |

Deposit   Date: 03/19   Amount: $746.37

## PE&B Client Trust Account

Register: Intrust Client Trust Account:Pioneer Balloon (Bk of Utah)

From 01/01/2025 through 04/28/2025

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 03/17/2025 | | | Funds Held In Trust | Pioneer (Bk of ... | | X | 50,000.00 | 50,000.00 |
| 03/17/2025 | | Intrust Bank, N.A. | Funds Held In Trust | Wire transfer fee | 10.00 | X | | 49,990.00 |

# Delaware Insurance check

## PE&B Client Trust Account

Register: Intrust Client Trust Account:Pioneer Balloon (Del Insurance)

From 01/01/2025 through 04/28/2025

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 01/23/2025 | | | Funds Held In Trust | Pioneer Balloon | | X | 23,042.07 | 23,042.07 |
| 01/23/2025 | | Intrust Bank, N.A. | Funds Held In Trust | Wire transfer fee | 10.00 | X | | 23,032.07 |

## PE&B Client Trust Account

4/28/2025 11:51 AM

Register: Intrust Client Trust Account:Pioneer Balloon (escrow)

From 06/01/2024 through 04/28/2025

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 06/28/2024 | | | Funds Held In Trust | Pioneer Balloon | | X | 175,000.00 | 175,000.00 |
| 07/01/2024 | | Prelle Eron & Bailey... | Intrust Client Trust Ac... | Doc No 436 | 46,160.81 | X | | 128,839.19 |
| 07/01/2024 | 4186 | Stinson LLP | Funds Held In Trust | Pioneer Balloo... | 3,823.28 | X | | 125,015.91 |
| 07/01/2024 | 4187 | Morris Laing Law Fi... | Funds Held In Trust | Pioneer Balloo... | 702.00 | X | | 124,313.91 |
| 07/01/2024 | 4188 | Forvis, LLP | Funds Held In Trust | Cont American... | 52,865.00 | X | | 71,448.91 |
| 07/01/2024 | 4189 | Allen Gibbs & Houlik | Funds Held In Trust | Pioneer Balloo... | 2,178.00 | X | | 69,270.91 |
| 07/11/2024 | 4197 | Sandberg Phoenix | Funds Held In Trust | In re: UCC Co... | 4,312.39 | X | | 64,958.52 |
| 08/30/2024 | 4210 | GlassRatner Advisor... | Funds Held In Trust | Pioneer BK, In... | 52,661.44 | X | | 12,297.08 |
| 08/30/2024 | 4211 | Allen Gibbs & Houlik | Funds Held In Trust | Pioneer Balloo... | 6,236.00 | X | | 6,061.08 |
| 08/30/2024 | 4212 | Stinson LLP | Funds Held In Trust | Pioneer, File 0... | 1,907.40 | X | | 4,153.68 |

Case 23-10938    Doc# 598    Filed 04/29/25    Page 17 of 21



# BlueCross BlueShield
# Kansas
An independent licensee of the Blue Cross Blue Shield Association.

## GROUP NOTICE OF PAYMENT DUE

| Issue Date | Coverage Period | ID # | Group # | Invoice # |
|---|---|---|---|---|
| 03/24/2025 | 08/01/2021 - 03/31/2025 | 0 | 96330 | 21675637 |

**PIONEER BALLOON COMPANY COBRA 0%**
**5000 E 29TH ST N**
**WICHITA, KS  67220-2111**

**Group Leader:  JENNIFER ZEHRING**

**For questions, please call (785)291-7000**

| ACCOUNT SUMMARY | Amount |
|---|---|
| Current Amount | $0.00 |
| Enrollment Adjustments | $746.37 |
| Financial Adjustments | $0.00 |
|  |  |
| **TOTAL AMOUNT DUE** | **$746.37** |
| **DUE DATE** | **DUE UPON RECEIPT** |

## ATTACHED YOU WILL FIND THE CURRENT INVOICE FOR PIONEER BALLOON COMPANY COBRA 0%

## NO RETROACTIVE CANCELLATIONS WILL BE ALLOWED
## THIS IS A PREPAID HEALTH
## INSURANCE POLICY
**The effective date of cancellation will be the first of the month following receipt of notification, or if requested, the first of the month notification was received.**

## DETACH AND RETAIN TOP PORTION FOR YOUR RECORDS

Indicate changes. Return this portion of invoice and payment to: P.O. Box 1402, Topeka, Kansas 66601   15428



### BlueCross BlueShield
### Kansas
An independent licensee of the Blue Cross Blue Shield Association.

Account #
000000000-96330

| Due Date | Amount Due |
|---|---|
| **DUE NOW** | **$746.37** |



| Issue Date | Coverage Period | ID # | Group # | Invoice # |
|---|---|---|---|---|
| 03/24/2025 | 08/01/2021 - 03/31/2025 | 0 | 96330 - 13 | 21675637 |

**PIONEER BALLOON COMPANY COBRA 0%**
**5000 E 29TH ST N**
**WICHITA, KS  67220-2111**

**BCBS of Kansas**
**P.O. Box 1402**
**Topeka, KS 66601**

| Issue Date | Coverage Period | ID # | Group # | Invoice # |
|------------|-----------------|------|---------|-----------|
| 03/24/2025 | 08/01/2021 - 03/31/2025 | 0 | 96330 - 13 | 21675637 |

Page

2 of 2

## CURRENT CHARGES AND ADJUSTMENTS

| Insured ID: ▇▇▇▇ | Dates | Description | Amount |
|-------------------|-------|-------------|--------|
| S▇▇▇ ▇ LARSON | 06/01/24 - 06/30/24 | Health Changes in Benefits or Coverage Level | $538.91 |
| | 06/01/24 - 06/30/24 | Prescription Drug Changes in Benefits or Coverage Level | $207.46 |
| | | **Insured Total** | **$746.37** |

## INVOICE LEVEL ADJUSTMENTS

| Adjustment | Description | Amount |
|------------|-------------|--------|
| | **TOTAL INVOICE LEVEL ADJUSTMENT:** | **$0.00** |
| | **TOTAL AMOUNT DUE:** | **$746.37** |

Indicate a current address for all members leaving your group

**COMPLETE YOUR FRINGE BENEFIT PACKAGE WITH LIFE AND DISABILITY PRODUCTS THROUGH BLUE CROSS AND BLUE SHIELD OF KANSAS. CONTACT YOUR LOCAL REPRESENTATIVE.**



**BlueCross BlueShield**
# Kansas

An independent licensee of the Blue Cross Blue Shield Association



**BlueCross BlueShield of Kansas**

Independent Licensees of the
Blue Cross and Blue Shield Association

REMITTANCE ADVICE

BLUE CROSS AND BLUE SHIELD OF KANSAS, INC.
P.O. BOX 239      TOPEKA, KANSAS  66601-0239

GROUP OR INSURED NAME: PIONEER BALLOON COMPANY COBRA 0%

PIONEER BALLOON COMPANY COBRA 0%

5000 E 29TH ST N
WICHITA        KS        **67220**

GROUP NUMBER: 96330

CERTIFICATE : 000000000

CHECK NUMBER: 350580029        0

DATE ISSUED : 02/27/25

CHECK AMOUNT: $      746.37

REMITTANCE DETAIL

| CERTIFICATE NUMBER | INSURED NAME | CREATION DATE | REFUND FROM | PERIOD TO | TRAN NUMBER | REFUND AMOUNT |
|---|---|---|---|---|---|---|
| 000000000000 | GROUP REFUND | 02/27/25 | 12/31/99 | 03/31/25 | 99999 | 746.37 |

██████ LARSON CANCELLED EFFECTIVE 05/31/2024. REFUNDING UNUSED PREMIUMS.

SUBTOTAL:                                                                              746.37

TOTAL AMOUNT OF REFUND CHECK NO. 350580029        0 : $      746.37

THE FACE OF THIS DOCUMENT CONTAINS A VOID PANTOGRAPH AND MICROPRINTING.



**BlueCross BlueShield of Kansas Inc.**

An Independent Licensee of the
Blue Cross and Blue Shield Association

83-1481
1011

1133 S.W. Topeka Boulevard
Topeka, Kansas 66629-0001

NO. 32690299 2

350580029

DATE

AMOUNT

FEBRUARY 27, 2025

*******746.37

PAY TO THE ORDER OF

PIONEER BALLOON COMPANY COBRA 0%

5000 E 29TH ST N
WICHITA KS 67220

34-733 (8/03)

*Jeff Bergman*

⑈326902992⑈ ⑆101114811⑆       401  1119  9⑈