

```
                                          Date   8/29/25       Page     1
                                          Primary Account   XXXXXXXXXXX6113
                                          Enclosures
```

Continental American Corp  
DBA Pioneer Balloon Co  
PO Box 9448  
Wichita KS 67277-0448

## CHECKING ACCOUNTS

```
Business Core Checking              Number of Enclosures                 0
Account Number       XXXXXXXXXXXX6113  Statement Dates   8/01/25 thru  9/01/25
Previous Balance            87,094.74  Days in the statement period        32
     Deposits/Credits             .00  Average Ledger              87,094.74
     Checks/Debits                .00  Average Collected           87,094.74
Service Charge                    .00
Interest Paid                     .00
Current Balance             87,094.74
```

### Daily Balance Information

| Date | Balance |
|---|---|
| 8/01 | 87,094.74 |

**Thank you for banking with Simmons Bank.**  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    **END OF STATEMENT**    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Register: Intrust Client Trust Account:Pioneer Balloon (Bk of Utah)

From 01/01/2025 through 09/16/2025

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 03/17/2025 | | | Funds Held In Trust | Pioneer (Bk of ... | | X | 50,000.00 | 50,000.00 |
| 03/17/2025 | | Intrust Bank, N.A. | Funds Held In Trust | Wire transfer fee | 10.00 | X | | 49,990.00 |
| 04/28/2025 | 4301 | Sandberg Phoenix | Funds Held In Trust | Continental A... | 2,995.50 | X | | 46,994.50 |
| 06/09/2025 | 4288 | United States Trustee | Funds Held In Trust | Cont American... | 2,118.11 | X | | 44,876.39 |
| 06/26/2025 | 4298 | Prelle Eron & Bailey ... | Funds Held In Trust | Pioneer (partial... | 12,490.00 | X | | 32,386.39 |

Register: Intrust Client Trust Account:Pioneer Balloon (Del Insurance)
From 01/01/2025 through 09/16/2025
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/23/2025 | | | Funds Held In Trust | Pioneer Balloon | | X | 23,042.07 | 23,042.07 |
| 01/23/2025 | | Intrust Bank, N.A. | Funds Held In Trust | Wire transfer fee | 10.00 | X | | 23,032.07 |